**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID DAVIES d/b/a DAVIES HOME SERVICES, individually and as the representative of a class of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> W.W. GRAINGER, INC. and JOHN DOES 1-12, <br><br> Defendants. | Case No. 13 CV 3546 <br><br> Hon. Sharon Johnson Coleman <br><br> Magistrate Judge Mason |

**EXHIBITS TO DEFENDANT W.W. GRAINGER, INC.'S MEMORANDUM
IN SUPPORT OF ITS MOTION FOR DETERMINATION THAT THE
<u>COURT SHOULD NOT CERTIFY A CLASS</u>**

Tab A          Amended Class Action Complaint

Tab B          December 2009 Fax

Tab C          Deposition of Robert Finn (Excerpts)

Tab D          Deposition of David Davies (Excerpts)

Tab E          Declaration of Thomas Carlson

Tab F          North Shore Directory Pages

Tab G          Declaration of Christopher Fruehwald

Tab H          Davies Log of Faxes

Tab I          Unpublished Opinions