Page 1

1           IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4

5   DAVID DAVIES d/b/a DAVIES HOME   )
    SERVICES, individually and as   )
6   the representative of a class   )
    of similarly-situated persons,  )
7                                    )
            Plaintiffs,              )
8                                    )
        vs.                          ) No. 13-cv-03546
9                                    )
    W.W. GRAINGER, INC., and         )
10  JOHN DOES 1-12,                  )
                                     )
11          Defendants.              )

12

13

14

15      The videotaped deposition of DAVID DAVIES,

16  taken before Maria S. Winn, CSR, RPR and CRR,

17  pursuant to the Federal Rules of Civil Procedure

18  for the United States District Courts pertaining

19  to the taking of depositions, at Winston & Strawn,

20  LLP, 35 West Wacker Drive, Suite 3500, Chicago,

21  Illinois, commencing at 10:27 a.m. on November 6,

22  2013.

23

24

Page 2

1   PRESENT:

2

3       BOCK & HATCH, LLC
        By MR. JAMES M. SMITH
4       134 North LaSalle Street - Suite 1000
        Chicago, Illinois  60602
5       (312) 658-5500
        jim@bockhatchllc.com

6
            appeared on behalf of the Plaintiff;

7

8

        WINSTON & STRAWN, LLP
9       By MR. KIMBALL R. ANDERSON
        35 West Wacker Drive - Suite 4600
10      Chicago, Illinois  60601
        (312) 558-5600
11      kanderson@winston.com
12          appeared on behalf of the Defendant;

13

14

15  ALSO PRESENT:

16      MS. AIMEE M. NOLAN,
          W.W. Grainger, Inc.
17        Associate General Counsel;

18      MR. MATTHEW O'HARA, Legal Videographer.

19

20

21

22

23

24

```
                                                Page 3
 1                    I N D E X
 2
 3   WITNESS
 4       David Davies
 5
 6   EXAMINED BY                            PAGE
 7       Mr. Anderson                          5
 8
 9   DEPOSITION EXHIBITS
10
        Exhibit No. 1                         31
11
         (1-page document
12         $25 off ad from fax)
13
        Exhibit No. 2                         40
14
         (10-page document
15         6/7/13 Email chain with attachments)
16
17      Exhibit No. 3                         98
18       (DAVIES 001 - 018
          "Detail of Directory Advertising")
19
20
21
22
23
24
```

Page 4

1          THE VIDEOGRAPHER:  Good morning, my name

2     is Matt O'Hara, representing Veritext.  The

3     date today is November 6, the time is

4     approximately 10:27 a.m.

5          This deposition is being held in the

6     office of Winston & Strawn, LLP, located at

7     35 West Wacker Drive.

8          The caption of this case is David Davies

9     versus W. W. Grainger, Inc., in the United

10    States District Court for the Northern

11    District of Illinois.

12         The name of the witness is David Davies.

13         At this time, the attorneys will identify

14    themselves and the parties they represent,

15    after which our court reporter, Maria Winn of

16    Veritext, will swear in the witness and we can

17    proceed.

18         MR. ANDERSON:  All right.  Good morning.

19    I'm Kimball Anderson, and I represent

20    W.W. Grainger, Inc., the defendant in the

21    case.

22         MR. SMITH:  I'm Jim Smith, I represent

23    the plaintiff, I work with the firm of Bock &

24    Hatch.

Page 5

1                    DAVID DAVIES,

2    having been first duly sworn, was examined and

3    testified as follows:

4                    EXAMINATION

5    BY MR. ANDERSON:

6        Q    Okay.  Mr. Davies, would you give us your

7    full name and address, please?

8        A    David Davies 1118 West Crescent Avenue,

9    in Park Ridge, Illinois.

10       Q    So Mr. Davies, as you know, the

11   deposition was scheduled to start at 10:00 today,

12   and you arrived about a half hour late.

13            Did you have some problem getting here?

14       A    I did.  The Kennedy expressway was backed

15   up.  It took two hours to get here.

16       Q    I see.  And do you have a cell phone?

17       A    I do.

18       Q    Is it working?

19       A    It is.

20       Q    Okay.  Did you call anybody?

21       A    I did.

22       Q    Okay.  Who did you call?

23       A    I called my attorney.

24       Q    I see.

1      All right.  Well, you kept all of us

2  waiting, as you can see.  Why don't we try to get

3  started today.

4           MR. SMITH:  While we're on the topic, for

5      the record, I emailed Norm Beck, who has been

6      the attorney I've been working with on this

7      case almost exclusively, that we would be 15

8      to 20 minutes late, and we were about 20

9      minutes late.  We were down in the lobby

10     downstairs for about five minutes waiting for

11     somebody to come get us.

12          So I think the dep started at 10:27

13     instead of 10:00, and we apologize for the

14     delay.

15          MR. ANDERSON:  When did you e-mail

16     Mr. Beck?

17          MR. SMITH:  This morning, probably around

18     9:15.

19          MR. ANDERSON:  I see.

20  BY MR. ANDERSON:

21     Q    Okay.  So, Mr. Davies, you understand

22  that you're under oath today, and swore to tell

23  the truth, the whole truth and nothing but the

24  truth?

```
                                           Page 7

 1      A    I do.

 2      Q    All right.  And are you married?

 3      A    I am.

 4      Q    What's your wife's name?

 5      A    Gloria.

 6      Q    Does she live with you?

 7      A    She does.

 8      Q    Okay.  Do you have children?

 9      A    I do.

10      Q    What's your educational background?

11      A    I graduated high school, I went to Triton

12   College for two years, and went to Washburne Trade

13   School for four years.

14      Q    Okay.  Do you have any degrees?

15      A    I do.

16      Q    What are those?

17      A    I think it is a bachelor of science for

18   construction tech.

19      Q    When did you obtain that degree?

20           (Cell phone interruption)

21      A    Oh, excuse me, I should turn that off, I

22   apologize.  Actually, it should be off.

23           I believe I graduated in '78.

24      Q    And that was from Triton?
```

1     A    Triton College.

2     Q    Triton College.

3          What's your date of birth?

4     A    October 18, 1958.

5     Q    All right.  And you operate a business

6  called Davies Home Services; is that correct?

7     A    Yes.

8     Q    And is that an incorporated business?

9     A    Sole proprietorship.

10    Q    So you're not a corporation, you're not a

11  partnership.  You just run it as a sole

12  proprietorship?

13     A    Correct.

14    Q    And what is the nature of that business?

15    A    I'm a general contractor.

16    Q    And what kind of general contracting do

17  you do?

18    A    We do complete home remodeling and some

19  light commercial work as well.

20    Q    How long have you been in business?

21    A    28 years.

22    Q    Always operating under the same trade

23  name, Davies Home Services?

24    A    Yes.

1     Q    Do you have any employees?

2     A    I have five full-time employees.

3     Q    And what business address do you use?

4     A    824, Unit A, Busse Highway, in Park

5 Ridge.

6     Q    I'm sorry. Could you give that to me

7 again?

8     A    825, A, Busse Highway, Park Ridge.

9     Q    And how long have you been at that

10 address?

11    A    I think about 15 years.

12    Q    Okay. Have you ever been arrested or

13 convicted of a crime, Mr. Davies?

14    A    I have never been convicted of a crime.

15 I was arrested once.

16    Q    What was that for?

17    A    I was driving with a nonvalid driver's

18 license, and I wasn't aware of it.

19    Q    Okay. And have you been a party to a

20 lawsuit other than a party to a Telephone Consumer

21 Practices Act case, which we're going to get to in

22 a minute?

23    A    I have.

24    Q    And tell me about that.

1     A    One of them involved a -- I did a job for
2  a customer, and when we got done, he didn't pay in
3  full.  So we took him to court.
4     Q    Who was the customer?
5     A    Mr. Greenberg.
6     Q    What's his first name?
7     A    It was many years ago, I don't -- David,
8  I think.
9     Q    Okay.  And then what happened with the
10  lawsuit?
11     A    We had our court date, the judge
12  basically split it in half, what he owed me.  So
13  he paid half.
14     Q    Did you have a trial?
15     A    I think it was more of an arbitration.
16  I'm not sure what they call it.
17     Q    Okay.  Any other litigation other than
18  Telephone Consumer Act cases?
19     A    I was involved in an arbitration for --
20  we had booked a house to stay in for the week, and
21  when we got there, the house was not what they had
22  said it would be.  So we canceled the contract,
23  and they didn't refund my money.  So we went to an
24  arbitration to get that settled.

Page 11

1     Q    And how did that end?

2     A    They didn't refund my money, even though

3  the contract said they should have.

4     Q    So you lost, basically?

5     A    Yes.  Well, I could have gone on, but I

6  chose not to.

7     Q    Sure.  Who is David Szymanski,

8  S-z-y-m-a-n-s-k-i?

9     A    I don't know.

10     Q    Has he ever been associated with your

11  business?

12     A    No.

13     Q    Do you have anyone in your business,

14  other than you, who acts as an officer of the

15  company, or a manager of the company?

16     A    No.

17     Q    You're basically the boss?

18     A    Um-hm.

19     Q    One rule of the road here, is that you'll

20  need to answer yes or no with a word --

21     A    Yes.

22     Q    -- as opposed to --

23     A    Sorry.

24     Q    Just because the court reporter is not

Page 12

```
1    going to be able to accurately record your
2    response.
3         A    Understood.
4         Q    Okay.  A couple other the rules of the
5    road, which I'll try to respect.  One of which is,
6    I will try to wait to begin my question until
7    you've finished your answer.
8         A    Okay.
9         Q    And another important thing for you to do
10   is, you should wait to start your answer until I
11   finish my question, for the obvious reason is that
12   we don't both want to be talking on top of each
13   other.
14            If we're talking on top of each other,
15   the court reporter cannot record accurately what
16   either one of us are saying.
17            So if you would wait a little bit until
18   I've completed my question, I'll try to wait to
19   begin my question until you've finished your
20   answer.  Okay?
21        A    I'll do my best.
22        Q    All right.  Thanks.
23            And have you given a deposition like this
24   before?
```

Page 13

```
 1     A     No.

 2     Q     This is your first time?

 3     A     Yes.

 4     Q     Okay.  And in your home and commercial

 5  remodeling business, how do you market the

 6  business?

 7     A     We have an advertisement in the telephone

 8  book, that's with DEX.

 9     Q     The Yellow Pages?

10     A     Yes.  There is a lot of Yellow Pages out

11  there, so that's confusing, but I know of them as

12  DEX.

13     Q     Okay.  Sure.  Fair enough.

14           And do you use any other media to market

15  your services?

16     A     I don't think it's considered media, but

17  we have signs in front of our jobs.

18           We have also been in a book recently,

19  called Home Pages, that just targets Park Ridge.

20  We've been in there a couple years.

21     Q     What is Home Pages?  I'm not familiar

22  with that.

23     A     It's more of a localized book, larger

24  print, smaller book, so people feel like -- it's
```

1    supposed to be mostly local people.

2           It spreads out a little bit to other

3    suburbs, but that's what attracted me to it,

4    because I mainly target Park Ridge.

5           Q    I see.  So is it like a Yellow Pages for

6    the Park Ridge area?

7           A    Yeah, a much smaller version.

8           Q    Okay.  And how many years have you been

9    advertising in that Home Pages book?

10          A    I believe two.

11          Q    And does your company have a fax machine?

12          A    We do.

13          Q    Where is it located?

14          A    On my desk.

15          Q    So right there on Busse Highway in your

16   office?

17          A    Correct.

18          Q    Okay.  And how do you use the fax

19   machine?

20          A    Well, we don't use it a lot anymore.  But

21   it was intended, so when a customer wants to sign

22   a contract and send it to me, they can send it

23   through the fax rather than mailing it.

24          Q    And have you used the fax for marketing

Page 15

```
 1   your own services?
 2        A     No.
 3        Q     And what is the phone number for your fax
 4   machine?
 5        A     (847) 825-3741.
 6        Q     And how long have you had that phone
 7   number for your fax machine?
 8        A     About 28 years.
 9        Q     That may be approaching a record.  I have
10   been at Winston & Strawn for 36 years and I've had
11   the same phone number, (312) 558-5858, so...
12             And what other phone numbers do you have
13   for your business, in addition to this
14   (847) 825-3741?
15        A     Our main line is (847) 825-3738.
16        Q     And have you that main line number for
17   28 years as well?
18        A     I have, yes.
19        Q     Okay.  And let me just ask you a few
20   other general background questions about your
21   business.  And by the content of the questions, I
22   don't mean to infer anything, they're just
23   standard questions.
24             Has your company or business ever been
```

Page 16

1    through a bankruptcy?

2       A    No.

3       Q    And have you ever had any disputes or

4    complaints with the Better Business Bureau, the

5    Illinois Attorney General, or any other agency

6    that regulates the conduct of businesses in the

7    State of Illinois?

8       A    The only one I can think of, is the

9    Better Business Bureau contacted me once.

10          A lady had given us a deposit to do a

11    job, her soon-to-be ex-husband objected to that.

12    And rather than asking for the money back, he

13    contacted the Better Business Bureau.  They

14    contacted me, I refunded the deposit and we never

15    did the work for them.

16       Q    Um-hm.  And has the nature of the

17    business always been the same over the 28 years,

18    namely, mostly home remodeling?

19       A    Yes.

20       Q    Okay.  Do you do any new construction or

21    anything like that?

22       A    New garages, you know.  We haven't built

23    any new houses or anything like that, no.

24       Q    And you do some small commercial

Page 17

```
 1   renovation as well; do I have that correct?
 2        A    Yes, we do offices.
 3        Q    I see.  So I think we covered your type
 4   of customers.
 5             How about suppliers?  Who are the
 6   suppliers that you regularly do business with?
 7        A    Mainly Menards, Home Depot, Richards
 8   Supply, sometimes ABC Supply, Ace Hardware.  Those
 9   are the main ones.
10        Q    Okay.  And what types of supplies do you
11   typically purchase from those suppliers?
12        A    Construction materials and things to
13   remodel kitchens and bathrooms.
14        Q    Okay.  And you've also reached out to my
15   client, W.W. Grainger for supplies for your
16   business.  Am I right about that?
17        A    I'm not really a customer of theirs, no.
18        Q    Why would you say that?
19        A    It's very rare I've been in there -- I've
20   been in their business.  It's not -- they don't
21   quite sell what I need.
22             I did go in there once looking for a
23   generator, because nobody else had one, because
24   the power was out everywhere, but they didn't
```

1   have any.

2        Q     But you have purchased supplies from

3   W.W. Grainger over the course of your business,

4   correct?

5        A     I think maybe 15 years ago I bought a

6   motor for my exhaust fan at my office.  That's all

7   I recall buying from them.

8        Q     All right.  Well, I'll show you some

9   others in a minute.  Maybe that will refresh your

10  recollection.

11       A     Okay.

12       Q     In how many Telephone Consumer Practice

13  Act cases are you a plaintiff?

14       A     I believe 15.

15       Q     15, did you say, or 5-0?

16       A     1-5.

17       Q     1-5.  And are all of those cases pending

18  here in Chicago, or some elsewhere?

19       A     They're all here.

20       Q     Okay.  When did you start becoming a

21  plaintiff in Telephone Consumer Practice Act

22  cases?

23       A     I think it's been about a couple months.

24       Q     And how is it that you became a serial

1    plaintiff in Telephone Consumer Practice Act

2    cases?

3        A    I'm just tired of getting them -- I have

4    to pay for the paper, I have to pay for the ink,

5    and I just started putting them aside.  Every time

6    they came, I just put it underneath the table the

7    fax machine is on, and I couldn't believe how many

8    I'd gotten.  It just doesn't seem right.

9        Q    So you've been saving up incoming faxes

10   for years.  Is that your testimony, Mr. Davies?

11       A    I think for about two years, I just

12   started setting them aside.

13       Q    Why?

14       A    Just because it was aggravating me.  I

15   wanted to see how much paper and ink I go through

16   at someone else's -- for someone else's benefit.

17       Q    Okay.  Well, have you quantified that,

18   either the paper or the ink?

19       A    I'm not sure I understand your question.

20       Q    Well, I hear you complaining about paper

21   and ink, which strikes me as a bit silly.  But if

22   you quantified the amount of paper or ink that you

23   believe you've consumed, I'd be anxious to hear

24   that.

Page 20

1            Have you quantified it?

2       A    I never counted up how much I've actually

3   gone through.  It's hard to say, because I'm using

4   paper and ink all the time.  But I know every time

5   I have to buy ink, it's frustrating as it is, it's

6   expensive, and I don't need to pay for someone

7   else's advertising.

8       Q    I see.  But you haven't quantified in any

9   sense the ink that you say that you are spending

10  on receiving somebody else's fax.  Am I right

11  about that?

12      A    There is no way to tell how much ink is

13  on each fax.

14      Q    Okay.  The same thing with paper, right?

15      A    Well, I've got a stack of the paper,

16  several reams worth, but...

17      Q    When did you start collecting incoming

18  faxes, Mr. Davies?

19      A    About -- approximately two years ago.

20      Q    And you say you found this -- I forget

21  the word you used, aggravating?

22      A    Aggravating, yeah.

23      Q    Okay.  Well, if this was so aggravating,

24  why didn't you call somebody up and say, please

Page 21

1    stop sending me the faxes?

2           MR. SMITH:  Objection to form, assumes

3       facts not in evidence.

4    BY MR. ANDERSON:

5       Q    Did you?  Did you ever do that, in two

6    years of collecting -- you say you've been

7    collecting these faxes for two years.

8           Did you ever call anybody up and say,

9    Please stop?

10      A    I did.

11      Q    For who did you do that?

12      A    A lot of them.  There's -- usually on the

13   bottom of the fax, it says, If you received this

14   fax in error, call this number to get off the

15   list.

16          So I did that for quite a few of them,

17   but it didn't slow the faxes down.  And then

18   someone along the line said that they had heard,

19   by doing that, it shows a response -- it's a

20   response, even if it's negative, and it puts you

21   on more lists for people to send me faxes.

22   Whether that's true or not, I don't know.

23      Q    I see.  So for a while, you were reading

24   all the faxes with the opt-out notices, and you

Page 22

1    were actually calling people up and opting out; is

2    that right?

3         A    I did try to do that.

4         Q    Okay.

5         A    It didn't seem to help.

6         Q    We don't have any record of you doing

7    that with W.W. Grainger.  Do you believe you did

8    that with W.W. Grainger?

9         A    No.

10        Q    Okay.  So for W. W. Grainger, you don't

11   have any recollection of calling them up and

12   saying, Don't send anymore faxes.

13             And you don't have any record of faxing

14   them or e-mailing them or communicating in any way

15   whatsoever, whether or not they should continue

16   faxing you.  Right?

17        A    I only did those calls initially when I

18   started getting a lot of them.  It didn't help, so

19   I stopped doing those calls.  And Grainger's, I

20   believe, is one of the more recent ones that I

21   received.

22        Q    So do you have in your possession, at

23   your offices, these reams of faxes that you've

24   been collecting?

Page 23

1      A    I do.

2      Q    Okay.  Well, please don't discard those,

3  okay?  Would you preserve those?

4      A    I will.

5      Q    And I heard you say that in some

6  instance, you called the sender and asked to be

7  taken off the list.  Did you ever fax, e-mail or

8  just send an old fashioned letter, making that

9  same type of request, namely, to take you off any

10  fax marketing list?

11      A    No.

12      Q    So it was always phone calls?

13      A    Yes.

14      Q    And it was always in response to that

15  opt-out notice that you saw at the bottom of the

16  faxes?

17      A    Yes.

18      Q    Okay.  So have you become a serial

19  plaintiff in these Telephone Consumer Practice Act

20  cases, 15 or so of them, out of some desire to

21  make some kind of statement, or are you in it for

22  the money, or for both?

23          MR. SMITH:  I'll object to the form of

24      the question, vague.  And particularly what

Page 24

1     the word "serial" means, with respect to

2     defining the plaintiff.

3  BY MR. ANDERSON:

4     Q    Okay.  Serial simply means a series,

5  several.  That's how I mean serial, s-e-r-i-a-l,

6  not like Total cereal.  Okay?

7     A    Okay.

8     Q    That's what I meant.

9     A    Can you restate the question?

10    Q    Yeah.  I mean, it is unusual, Mr. Davies,

11 for someone to file 15 Telephone Consumer Practice

12 Act cases, in my experience.  And I'm probing as

13 to why you've decided to become a serial Telephone

14 Consumer Practice Act plaintiff.

15    A    I got to the point where it was just

16 aggravating me.  And if somebody doesn't do

17 something, nothing ever changes.

18    Q    I see.  And are you -- has anyone

19 promised you any kind of remuneration for

20 participating in these cases?

21    A    There -- I've heard there is some money.

22 It is not huge amounts, but...

23    Q    And what has been promised you?

24    A    Nothing has been promised.

1          I believe it's around $500 to $1,500 per

2    fax.

3      Q    Okay.  And have you received any kind of

4    remuneration --

5          And you know what I mean by remuneration?

6      A    Yes.

7      Q    I mean money or other things of value.

8    Have you received anything to date?

9      A    I have.

10     Q    What have you received?

11     A    I think three different cases in the past

12   that I was not the plaintiff on, that have

13   settled, I had received, I want to say

14   100-something on one, 200-something on another,

15   and 2500 on a third.

16     Q    Okay.  So tell me about those cases.  You

17   say you were not the plaintiff in those cases?

18     A    No, just part of the class.

19     Q    You were part of the class.  Okay.

20         And in the cases where you are a

21   plaintiff yourself, have you received any kind of

22   payment or other remuneration?

23     A    No.

24     Q    And how is it that you became represented

1  by Mr. Smith and his law firm in these Telephone

2  Consumer Practice Act cases?

3      A    His firm represented the plaintiffs in

4  the three that settled prior.

5      Q    I see.  So did you reach out to him or

6  did he reach out to you?

7      A    I reached out to him.

8      Q    And do you have some kind of engagement

9  letter with his firm?

10     A    Yes.

11     Q    And does Mr. Smith's firm represent you

12 or your business in any other kind of matters?  In

13 other words, in addition to these Telephone

14 Consumer Practice Act cases?

15     A    No.

16     Q    Okay.  So you're pretty certain there are

17 15 cases, Telephone Consumer Practice Act cases,

18 where you are the plaintiff?

19     A    I think that's the number.

20     Q    Okay.  I must be missing a few.  So of

21 course, one of them is this case we're involved in

22 here, is Davies vs. W.W. Grainger, Inc.

23          And then I have one -- and you are

24 welcome to look at these if you want to refresh

Page 27

```
 1  your recollection.
 2          I have one called David Davies vs.
 3  Badaro Group, B-a-d-a-r-o, Group, that was filed
 4  in the Circuit Court of Cook County.  And again,
 5  you're welcome to look at it.
 6          But is that one of cases where you are a
 7  plaintiff?
 8     A    Yes.
 9     Q    Okay.  And then I believe there is
10  another one called David Davies vs. Construction
11  Consulting & Concepts, LLC, filed in the Circuit
12  Court of Cook County.
13          Is that another case where you are -- is
14  that another Telephone Consumer Practices Act case
15  where you're the plaintiff?
16     A    I believe so, yes.
17     Q    Actually, I may have misspoken.  I think
18  it is actually the Telephone Consumer Protection
19  Act, not Practices Act.
20          But you knew what I meant, right?
21     A    I did.
22     Q    Okay.  And then I have one called
23  David Davies vs. Construction Expo, Inc.,
24  International Conference Management, Inc.,
```

1    Paul Bryant, so on, and so forth.

2           Is that another Telephone Consumer

3    Protection Act case where you are the plaintiff?

4       A    Yes, I believe it is.

5       Q    Okay.  And then I have one called David

6    Davies vs. Dunn Right, D-u-n-n, Right Roofing &

7    Contracting, filed in the Circuit Court of Cook

8    County.

9           Is that another case where you,

10   Mr. Davies, are the plaintiff in a Telephone

11   Consumer Protection Act case?

12      A    Yes, I believe it is.

13      Q    Okay.  And then there is another one

14   called David Davies vs. Fetter Enterprises,

15   F-e-t-t-e-r, Enterprises, Inc.

16          Does that one ring a bell?

17      A    I believe it does.

18      Q    Okay.  So that's another Telephone

19   Consumer Practice Act case where you're the

20   plaintiff; is that right?

21      A    Yes.

22      Q    And then I have one called David Davies

23   vs. Flooring Systems, Inc., also appears to be

24   filed in the Circuit Court of Cook County.

Page 29

1          Is that another Telephone Consumer

2    Protection Act case where you're the plaintiff?

3        A    Yes, I believe it is.

4        Q    And then I have one called David Davies

5    vs. Bolden, that's B-o-l-d-e-n, Omega Software,

6    et cetera, et cetera.

7          Is that another Telephone Consumer

8    Protection Act case where you are the plaintiff?

9        A    Yes, I believe it is.

10       Q    And then there appears to be another one

11   called David Davies vs. LLL Insurance Services,

12   LLC, Construction Industry & Building Trades

13   Purchasing Group Association of America,

14   et cetera, et cetera.

15         Is that another case where you are the

16   plaintiff in a Telephone Consumer Protection Act

17   case?

18       A    Yes, I believe it is.

19       Q    And then I have one called David Davies

20   vs. Roof Masters, Inc.

21         Is that another Telephone Consumer

22   Protection Act case, where you are the plaintiff?

23       A    Yes, I believe it is.

24       Q    And then I have David Davies vs.

1  U.S.A. Iso Canal, Inc., I-s-o, C-a-n-a-l, Inc.,

2  d/b/a Lamps One, and some other parties.

3          Is that another Telephone Consumer

4  Practice Act case where you are the plaintiff?

5      A    Yes.

6      Q    And then I have one called David Davies

7  vs. Water Cannon Inc., and some other parties.

8          Is that another Telephone Consumer

9  Protection Act case, where you are the plaintiff?

10     A    Yes, I believe it is.

11     Q    And then I have one called David Davies

12  vs. Woodland Distributors, Inc.

13          Is that another Telephone Consumer

14  Practices Act case where you are the plaintiff?

15     A    Yes, it is.

16     Q    That's all I have.

17          And I realize this may be an unfair

18  memory test, but there must be some others,

19  because that was only 12.

20          Are there others that you are aware of

21  that I didn't mention?

22     A    I would have to confer with my lawyer on

23  that.

24     Q    Okay.  Fair enough.

1          And am I the first person who has taken

2     your deposition in any of these Telephone Consumer

3     Protection Act cases?

4          A     Yes, you are.

5          Q     Okay.  And are all those cases that we

6     went through, are they all still pending, or have

7     any of them been disposed of, to your knowledge?

8          A     They're all still pending.

9          Q     Okay.  All right.  Mr. Davies, let me

10    show you what I'll mark as Davies Exhibit No. 1

11    for identification.

12              MR. ANDERSON:  There's a copy for you,

13        Mr. Smith.

14              MR. SMITH:  Thank you.

15                  (Document marked as Davies

16                  Exhibit No. 1 for identification)

17    BY MR. ANDERSON:

18         Q     Before we get to that, let me just ask

19    you a couple other questions about your receipt of

20    marketing or advertising.

21              I hear you saying, you just kept putting

22    all these, as you say, reams of incoming faxes in

23    a pile.

24              Where did you keep the pile?

Page 32

```
 1      A    My computer desk is right here to my left

 2   (indicating).

 3      Q    Okay.

 4      A    There is a space right underneath there,

 5   there is a shelf right there.

 6      Q    Yeah.

 7      A    The fax machine is here (indicating).

 8           So it is easiest -- actually, I just

 9   remove it and put it there on the ground -- on the

10   shelf.

11      Q    I see.  And are you similarly a collector

12   of other forms of advertising?  You must get --

13   like everybody else, you must get catalogs in the

14   mail, mail advertising, post cards, newspaper

15   flyers.  Are you a collector of those materials as

16   well?

17      A    No.

18      Q    Okay.  So what do you do with those, just

19   toss them?

20      A    They go right in the garbage.

21      Q    Oh, okay.

22           All right.  Well, let's turn your

23   attention now to what I've marked as Exhibit No. 1

24   for identification.
```

1          Do you recognize that?

2     A     Yes.

3     Q     What do you recognize that as?

4     A     A fax that came to my office.

5     Q     Okay.  And how do you know that?

6     A     This is the one -- one of the faxes I

7  sent to my attorney.

8     Q     Okay.  And so if we went and looked at

9  your stack under your computer desk, do you think

10  we would find this Exhibit 1 in there?

11     A     I still have them.

12     Q     Okay.

13     A     Yes.

14     Q     All right.  And do you have any kind of

15  log or record of when you received the fax?

16     A     No.  Although the fax machine, I believe,

17  dates everything that comes in.

18     Q     That's fair enough.

19          And so do you have any recollection

20  whatsoever, what you did -- what happened when you

21  received this particular fax that we've marked as

22  Exhibit 1?

23     A     At first, I just put it in the pile.

24     Q     I see.  Which was just pursuant to your

1    custom to have a fax -- when a marketing fax comes

2    in, you just take it off the fax machine and throw

3    it in the pile?

4         A    Just put it in the pile.

5         Q    That's pretty much your practice?

6         A    That's my practice.

7         Q    Okay.  So you're not stopping to read

8    them or study them and say, "Oh, this might be

9    interesting," or anything at all.  You're just not

10   even glancing at it.  You're just pulling it off

11   the fax machine and throwing it in the pile under

12   your computer?

13        A    I read it, in that I want to make sure

14   it's not something that I'm expecting.  Beyond

15   that, once I see it is an advertisement that I

16   didn't expect, I put it under the computer table

17   on the pile.

18        Q    Okay.  And so far as Exhibit 1 is

19   concerned, is it likely that that's what happened

20   with this particular exhibit, you just glanced at

21   it, you saw it was an ad, and you threw it in the

22   pile?

23        A    That's correct.

24        Q    Okay.  All right.  And I think I know the

Page 35

1   answer to this question, but to state the obvious,

2   at the bottom of the fax, there are some

3   instructions about what you can do if you do not

4   want to receive faxes from Grainger.

5           In order words, it says quote:  "If you

6   do not wish to receive faxes from Granger, please

7   call 1-888-739-4920, extension 1732, and enter the

8   fax numbers to which you no longer wish to receive

9   correspondence, or fax your request to

10  1-866-404-3933.  Our failure to comply with your

11  request within 30 days of receipt is unlawful,"

12  end of quote.

13          So here is my question:  Did you do any

14  of that?

15      A   Honestly, I can't read this, it's so

16  tiny.  Let me get my glasses.

17      Q   Well, I appreciate that --

18      A   I don't recall.

19      Q   -- gratuitous remark about it, but did

20  you do any of those things on here?

21      A   I don't recall doing that.

22      Q   Okay.  And since you brought out your

23  glasses for that little exercise there, do you

24  typically wear glasses in the course of the day?

Page 36

1    A    Just for reading.

2    Q    Just for reading.  Okay.

3        So put your glasses on, Mr. Davies, if

4  you would.

5    A    Um-hm.

6    Q    And what is your vision now that you have

7  corrected it with those glasses?

8    A    It's better.  I'm sorry, it's better.

9    Q    Okay.  So with your glasses on, do you

10  correct to 20/20 more or less?

11    A    Yes, I think I do.

12    Q    Okay.

13    A    I can read this.

14    Q    Okay.  So with your glasses on, you don't

15  have any problem reading any of the text on

16  Exhibit 1, correct?

17    A    It's small, but I can make it out.

18    Q    Okay.  Is there anything on this page

19  that you cannot read with your glasses on,

20  Mr. Davies?

21    A    No, I think I can read it.

22    Q    Okay.  And is there anything on there

23  that you don't understand, that it's not in

24  English, or a language that you don't understand?

Page 37

1      A    I understand it.

2      Q    Okay.  And in fact, because of your

3   experience receiving faxes, you didn't even really

4   have to be told that you had a right to send in by

5   fax or phone, a request not to receive anymore

6   faxes, correct?

7           I mean, you already knew that, right?

8      A    That's not always the case on every fax.

9   And most of the time, if it is the case, it's

10  written right across the bottom, real big.

11     Q    Okay.  But that wasn't my question.

12     A    In this case --

13     Q    That wasn't my question.

14          You already knew from your custom and

15  practice in dealing with faxes, that you had the

16  right to call or fax a request to opt out of

17  receiving any future faxes.  Right?

18     A    I've seen that in cases, yes.

19     Q    Yes.  And in this particular -- in the

20  Grainger case, you elected not to exercise that

21  option.  Correct?

22     A    That is correct.

23     Q    Okay.  Now our records indicate that this

24  is the only fax that you got from us.  Do you have

Page 38

1   any reason to believe that you got more than this

2   one from Grainger?

3       A    No.

4       Q    So to the best of your knowledge,

5   Exhibit 1 that you have before you, is the only

6   fax marketing that you've ever received from

7   Grainger; is that correct?

8       A    To the best I can recall, yes.

9       Q    And how would you say that you were

10  injured, if at all, by the receipt of this single

11  one-page fax, Mr. Davies?

12          MR. SMITH:  Objection to the form.  Calls

13      for a legal conclusion.

14          MR. ANDERSON:  I'm not asking for a legal

15      conclusion.  He can describe it in his own

16      words, his own lay language.

17      A    I wouldn't say injured.  I was aggravated

18  with it.  This fax aggravates me more than a lot

19  of them, because of all the black ink they go

20  through.

21  BY MR. ANDERSON

22      Q    I see.  Okay.  So you got one single-page

23  fax from Grainger, it didn't interrupt your

24  business, you spent little or no time pulling it

Page 39

1   off the fax machine and sticking it in a stack.

2           And you're aggravated because it required

3   some, probably immeasurable, amount of black ink

4   to print the one page.

5           Is that the total of it, Mr. Davies?

6       A   I would not say it is immeasurable, I

7   would say it's measurable.  I buy ink often, I'm

8   not a rich person, it's expensive.  Every time I

9   go, it is aggravating to have to buy it.

10          And there is a lot of black ink used on

11  this.  Those are the ones I hate the most, when

12  they get black backgrounds on them and I have to

13  print that.

14      Q   I see.  Well, I only said it was

15  immeasurable because you haven't -- I thought we

16  established that you haven't undertaken any effort

17  to quantify or measure whatever the significance

18  is of the black ink on this page.

19          Am I right about that?

20      A   I couldn't tell you the exact amount of

21  ink.  I just know I have to go to Kinko's and buy

22  packages of ink a lot more than I would like to.

23      Q   Do you use the same ink cartridge for

24  your printer or copier?

Page 40

```
 1      A    It's all one.

 2      Q    I see.  So the machine you have is a fax

 3  machine, it's a copier, and a printer, right?

 4      A    That's correct.

 5      Q    I see.  So it is a multipurpose machine?

 6      A    It is.

 7      Q    And the ink you buy serves all those

 8  purposes, right?

 9      A    It does.

10      Q    I see.

11           We sent over to Mr. Smith some of the

12  company records showing your customer relationship

13  with Grainger.  Did you have a chance to look at

14  those?

15      A    No.

16      Q    Pardon me for a moment, I'm looking for

17  the transmittal that we sent to Mr. Smith.

18           MR. ANDERSON:  Let's mark this as Davies

19      Exhibit No. 2 for identification.

20                (Document marked as Davies

21                Exhibit No. 2 for identification)

22  BY MR. ANDERSON:

23      Q    Okay.  Here is Exhibit 2.

24           That exhibit includes some materials that
```

Page 41

```
 1   we sent over to your lawyer, Mr. Smith.  And it
 2   includes some copies from the DEX Yellow Pages
 3   which I'm going to ask you about in a minute.
 4          But right now, I'd like to ask you
 5   about -- there is page here that has a listing of
 6   transactions, it's like a spreadsheet.  And the
 7   left-hand column says customer account number, and
 8   then it has an invoice number, and so on and so
 9   forth.
10       A    Okay.
11       Q    Could you look at that a moment,
12   Mr. Davies?
13          That is a W.W. Grainger business record.
14   It is a summary record of transactions, with a
15   customer account number that they have on file for
16   you.
17       A    Okay.
18       Q    Okay?  That's what this is.
19          And you can see that there is an invoice
20   date of February 16, 1994; March 8, 1995; March 2,
21   1995; April 28, 1995; July 31, 1997; July 13,
22   2000; October 31, 2001; March 2, 2005; and
23   September 15, 2008.
24          And I think they only ran it up through
```

1  then, because this fax that we marked as Exhibit 1

2  was sent to you in 2009.  So they just ran it up

3  through the date of that fax, just to explain the

4  date range.

5          MR. SMITH:  I will object to the form.

6      I'm not sure that accurately represents the

7      evidence that's been taking place in the case

8      so far.

9          MR. ANDERSON:  Well, I'm just trying to

10     tell you what the document -- what this

11     document is, to put in context.

12 BY MR. ANDERSON

13     Q    So Mr. Davies, the company records

14 reflect that you've had a series of transactions

15 with them over a period of time, from 1994 through

16 September 8th.

17         Do you have any reason to disagree with

18 that summary of business records?

19     A    I have no idea what these are.  I don't

20 recall them, but I can't tell by code numbers what

21 these purchases are.

22     Q    Well, you know, I can appreciate that,

23 that you wouldn't -- you wouldn't have any reason

24 to remember the invoice number.

Page 43

1          But you would certainly have, perhaps,

2    reason to recall that over the course of a period

3    of time from 1994 through 2008, you, or at least

4    your company, engaged in a regular course of

5    purchase activity with W.W. Grainger.

6          And so the question is -- the question

7    for you is:  Do you have any reason to believe

8    that that's not the case?

9        A     I don't.

10       Q     Okay.  Let me ask you about that.  Are

11   there other people in your business that order

12   things for your business other than you

13   personally, Mr. Davies?

14          I know you told me you had some

15   employees.

16       A     My son does at this point.  He didn't

17   back then.

18       Q     What do you mean by, "back then"?

19       A     2008.

20       Q     Okay.

21       A     I'm the only person that would purchase

22   anything.

23       Q     How old is your son?

24       A     He is 28.

Page 44

1      Q     Okay.  When did he start working in the

2   business?

3      A     He started working in the field when he

4   was in high school, so about ten years ago.

5      Q     All right.  Let's talk about the period

6   then, 1994 through 2008.  Who at your company

7   would have purchased supplies?

8      A     That would be me.

9      Q     Just you?

10     A     Um-hm.

11     Q     Okay.  Was that --

12     A     Yes.  I'm sorry.

13     Q     Okay.  All right.  And I know you said

14   you recall purchasing a generator from Grainger.

15   Is there anything else that you specifically

16   recall purchasing from Grainger, as you sit here

17   today without refreshing your recollection with

18   any purchase records?

19     A     I didn't purchase a generator.  I went in

20   to purchase a generator, and they didn't have any.

21     Q     I see.

22     A     So I don't know what these items are.  It

23   is nine purchases over the course of 14 years, I

24   wouldn't call myself a regular customer of theirs.

Page 45

1      Q    Well, however you want to characterize

2  it, it is what it is.

3            Where did you go -- what was the location

4  you went to, to purchase the generator from

5  Grainger?

6      A    It's right across the street from Menards

7  on Oakton and -- I'm trying to think what town

8  that is.  It's Morton Grove, I believe.

9      Q    Okay.  And when did you do that, to the

10  best of your recollection?

11      A    Three or four years ago.

12      Q    Have you been to other W.W. Grainger

13  stores or outlets?

14      A    Not that I can remember.  I don't know of

15  any.

16      Q    They have a pretty e-commerce website as

17  well.  You can go on the internet and purchase

18  product.  You know, like HomeDepot.com, or

19  Amazon.com, you can go to WWGrainger.com and

20  purchase product.

21            Have you done that?

22      A    Not that I can recall.

23      Q    Okay.  And when you went into the

24  Grainger store, do you remember if you filled out

1    any paperwork, a purchase order, customer contact,

2    anything at all?

3         A    No.

4         Q    Okay.  Well, some of the stores will

5    take, like, your name and address, and contact

6    information.

7              Do you recall doing that?

8         A    I don't.  I believe they have that

9    information.  I don't recall giving it to them.

10        Q    Why do you say you believe they have

11   that?

12        A    Because they've sent me things.

13        Q    And what kinds of things have they sent

14   you?

15        A    Their catalog.

16        Q    I see.  How often do you get the W.W.

17   Grainger catalog?

18        A    I think I've gotten two in the course of

19   28 years.

20        Q    How recently?

21        A    I don't even remember the last time I got

22   one, it's got to be years.  I have no concept of

23   time, I'm bad at that.  But it's got to be years,

24   five years maybe.

1    Q   Yeah.  Well, and I don't mean to fault

2  you in any way for not remembering the details of

3  when things happen.  I mean, few of us are able to

4  recall those kind of exact details, when you got a

5  catalog or something like that.  So I'm not

6  faulting you at all for that.

7        As you sit here today, do you remember

8  any other transaction with Grainger other than

9  your attempt to purchase the generator?

10    A   As I said, years ago, I bought a -- I

11  remember buying a motor for our exhaust fan at the

12  shop from them.

13    Q   Yes.

14    A   And that's not the kind of thing I

15  typically buy for my business, so that's why I'm

16  not really -- I don't go to Grainger, really.

17        In that case, I needed that, that's what

18  Grainger sells, that type of thing.

19    Q   I see.  And you bought that for your

20  office?

21    A   For my office bathroom fan.  It was

22  making a lot of noise, so I replaced the motor.

23    Q   Of course you've probably installed or

24  replaced a few bathroom fans for some of your

Page 48

```
 1    construction customers as well over the years.

 2             Am I right about that?

 3       A    We don't generally do repairs, we do

 4    replacement.

 5       Q    Yeah.

 6       A    And my electrician supplies all that.

 7       Q    I see.  Is he on your payroll or is he a

 8    subcontractor?

 9       A    Subcontractor.

10       Q    And do your subcontractor's purchases go

11    through you as a general contractor?

12       A    No.

13       Q    So they buy it and then bill it back to

14    you?

15       A    It's part of their bid.

16       Q    Yeah.  Okay.  Well, let me see how that

17    works.  It's part of their bid, but you roll it

18    all up into one purchase price to the end

19    customer, right?

20       A    Yeah, I put together a contract that

21    includes all the work that they want done, but I

22    often have to use subcontractors to get that work

23    done.

24       Q    Sure.  So you use electricians and
```

Page 49

1   plumbers and masons -- I don't know, I'm just

2   guessing.  What kind of subcontractors do you use?

3       A    All of those and more.

4       Q    Okay.  And then they bill you, and you in

5   turn bill the customer.  Is that how it works,

6   usually?

7       A    Well, I bill the customer.  I collect the

8   money, they send me their bills, I pay the bills.

9       Q    Okay.  Okay.  And as we sit here and

10  think about it, and you have that summary record

11  in front of you, are there any other specific

12  transactions with Grainger that you can recall?

13      A    No.

14      Q    Is there anything that would refresh your

15  recollection?

16           In other words, would you have purchase

17  records back in the office, or do you have some

18  kind of informal or formal retention program where

19  you just throw stuff out after so much time?

20      A    Going back this far, I mean, if I bought

21  anything, I would have a receipt that got filed

22  away.  I don't throw anything away.

23      Q    Oh, so you have like 28 years of

24  receipts?

Page 50

```
 1      A    I do.

 2      Q    Oh.  I'm so sorry.  Okay.

 3           So you could research that subject if you

 4   wanted to?

 5      A    I'd hate to.  I mean, it would be

 6   difficult to find.  It would be among many

 7   thousands of receipts.

 8      Q    Okay.  Okay.  So if you look at that

 9   summary that I showed you there, the most recent

10   transaction they show is September 15, 2008.  And

11   we can see some summary information, but we can't

12   tell from this exactly what the nature of the

13   transaction was.

14           Do you recall any transaction in

15   September of 2008, since that's the most current

16   one?

17      A    No.

18      Q    Okay.  How about March of 2005?  That's

19   the next most current one.

20           Do you recall any transaction with

21   Grainger there?

22      A    No.

23      Q    So as you look at this summary page,

24   other than the ceiling fan -- or the bathroom fan
```

1   purchase, this summary is basically just a mystery

2   to you.  Is that a fair characterization?

3       A    It is.

4       Q    Okay.  And you would rule out the

5   possibility that one of your employees is ordering

6   things from Grainger without your knowledge.

7   You'd say that's just not a possibility?

8       A    I don't know how they'd pay for it.

9       Q    Well, how do you pay the suppliers?  What

10  is your custom and practice?

11      A    With the ones I use regularly, I have

12  accounts with all of them.

13      Q    Okay.  They have accounts and then they

14  just bill you in a month or so after you purchase

15  the materials?

16      A    Yes, they bill at the end of each month.

17      Q    And then how do you pay, with a check or

18  credit card or how does that work?

19      A    A business check.

20      Q    A business check.  And who is authorized

21  to sign your business checks?

22      A    Just me.

23      Q    All right.  So it's possible that one of

24  your employees would have ordered something, but

Page 52

1    then you ultimately would then have to pay for it;

2    is that correct?

3        A    It is not even likely any of my employees

4    would order anything.

5        Q    All right.  I don't know, I'm just

6    exploring all the possibilities.

7        A    No, I do every -- I do all of that.

8        Q    I'm just exploring all the possibilities

9    because the company seems to have a record of some

10   transactions with you and you are sitting here

11   saying you only recall one.

12            I'm just trying to explore how that could

13   possibly happen.

14       A    Right.  But you are only talking about

15   nine transactions over 14 years, and I've made

16   thousands of transactions with other companies.

17       Q    Well, okay.

18       A    For 28 years, so...

19       Q    It is what it is.  I'm just trying to

20   account for these.  I'm trying to figure out who

21   initiated them at your company and who paid for

22   them, if they were paid for.

23       A    Assuming these are accurate, it would

24   have to be me.

Page 53

1      Q    Okay.

2           MR. ANDERSON:  We've been going for about

3      an hour.  Let's just take a five-minute break.

4           Is that okay with you, Mr. Smith?

5           MR. SMITH:  It's okay, if it's okay

6      with --

7           THE WITNESS:  It's all right with me.

8           MR. ANDERSON:  Okay.

9           THE VIDEOGRAPHER:  The time is

10     approximately 11:29 a.m., we're going off the

11     record.

12               (WHEREUPON, a recess was taken,

13                after which the following

14                proceedings were held:)

15          THE VIDEOGRAPHER:  The time is

16     approximately 11:40 a.m., and we're back on

17     the record.

18  BY MR. ANDERSON:

19     Q    Okay.  Mr. Davies, I'm going to ask you a

20  few more questions about what we marked as

21  Exhibit 2.

22          But just to make sure that we're all

23  looking at the same pages, I'm just going to

24  sequentially hand number the pages.  Okay?

1          So then I'll be able to say:  Please take

2    a look at what I've marked as, like, page 3, or

3    something like that.

4          Is that okay with you?

5     A    Yes.

6          MR. ANDERSON:  Mr. Smith, if that's okay

7       with you, I'm just going to hand number these

8       pages, so that when we're looking at them,

9       we're all looking at the same page.

10          MR. SMITH:  Sounds great.

11   BY MR. ANDERSON:

12    Q    Okay.  I've now numbered the pages of

13   Exhibit 2 for identification.  I've numbered them

14   pages 1 through 9, and I've just put handwritten

15   numbers in the lower right-hand corner.

16          So, Mr. Davies, now I'm going to ask

17   to -- ask that you turn your attention to the page

18   that I hand lettered or hand marked as page 8.

19   Okay?

20          Now that page has the SKU number, in

21   other words, the W.W. Grainger product number.

22   Okay?  It's in the second column from the right.

23          And I don't expect you to memorize the

24   product numbers, but I know what they are.  So I

1    am going to tell you what they are and see if it

2    refreshes your recollection.  Okay?

3        A    Okay.

4        Q    So the last one on the list there that

5    is -- that has an SKU number of 1DGX4, do you see

6    that?

7        A    Yes.

8        Q    Okay.  So that is a wall fan,

9    manufactured by a company called Broan, B-r-o-a-n.

10        And by the way, these SKU numbers are not

11    a secret.  You can go on the W.W. Grainger website

12    and put them in and then look them up, and you can

13    verify all this yourself.

14        So -- but I know we are -- I know what

15    the numbers are, because we went and looked them

16    up.

17        Okay.  So this -- and this list, by the

18    way, corresponds chronologically with the list

19    that we just looked at right before we took the

20    break, which is --

21        A    The dated one?

22        Q    -- the chronology there.

23        A    Okay.

24        Q    So if you put two and two together, the

Page 56

1   company is showing that in September of 2008, you

2   engaged in a transaction that involved this

3   product number 1DGX4, which is a wall fan

4   manufactured by Broan Company, B-r-o-a-n.

5           So now that you know that, does that

6   refresh your recollection?

7       A    No.

8       Q    No -- no clue about that one at all?

9       A    Do you know more about what type of wall

10  fan it is?

11      Q    No, that's all I can tell from looking it

12  up on the website.

13          Oh, you know what, I can't read my own

14  writing.  My colleague here has corrected me that

15  I misspoke, so I'm going to start all over again.

16  And you can scratch what I said.

17          There is a wall fan on the list, but I

18  got it in the wrong order.

19          The last one that is on the list, which

20  is 1DGX4, okay?  That is the transaction that we

21  believe corresponds with the September 15, 2008

22  transaction, and that is a dehumidifier.

23          In other words, SKU 1DGX4 is a

24  dehumidifier.

Page 57

1          And so to be absolutely correct here, the
2   company's records show a transaction with your
3   company in September of 2008 involving a
4   dehumidifier.
5          Now with that clarification, does that
6   refresh your recollection?
7       A    I don't recall it.
8       Q    Okay.  You can't affirm it or deny it one
9   way or the other, you just don't recall?
10      A    I don't recall it, no.
11      Q    Yeah.  Well, you know, it was five years
12  ago, so I'm not faulting you on that.  It was a
13  while ago, but I'm just --
14      A    I've bought 100,000 things since then.  I
15  don't recall it, I'm sorry.
16      Q    Okay.  So it could happen, you just don't
17  recall it as you sit here today?
18      A    Yes.
19      Q    All right.  Let's test your recollection
20  on a couple others.
21         The next one up from the bottom there is
22  an SKU number 3WE70, and that is the product
23  number for a welding blanket, and that corresponds
24  with a transaction between W.W. Grainger and your

Page 58

1    company, dated March 2, 2005.

2        A    Yes, I do recall that.

3        Q    Now you recall the welding blanket?

4        A    Yes.  If you hadn't said that, I'd

5    never -- I know I bought one of those.

6        Q    Yeah.

7        A    I couldn't recall buying it from

8    Grainger, but I will take your word for it, that's

9    where I got it.

10       Q    Okay.  I'm not a welder, but I'm guessing

11   that a welding blanket is a blanket like a piece

12   of equipment that you put down to protect other

13   objects, or maybe people, from the welding

14   operation?

15       A    It's good up to 3,000 degrees.

16       Q    Yeah.  So it's kind of a spark protector

17   or a flame protector, is that what it is?

18       A    Yes.  Yes.

19       Q    Okay.  In any event, you now -- your

20   recollection is refreshed that you did purchase a

21   welding blanket, and you probably got it --

22       A    I know I purchased one, so, yeah.

23       Q    Okay.  So the next one from the bottom,

24   this will be the third from the bottom is an

Page 59

1    SKU number 4M218.  And we looked up that part

2    number and it's for an HVAC motor.  And it

3    corresponds with a transaction between W.W.

4    Grainger and your company on or about October 31,

5    2001.

6              Again, that was a long time ago, and I

7    wouldn't fault you if you didn't remember it, but

8    does it refresh your recollection?

9         A    That might be the bathroom fan motor I

10   was referring to, that I did recall.

11        Q    Okay.  Let's move up the list, then.  The

12   next one up from the bottom is 5K917.

13             Do you see that one, 5K917?

14        A    Yes.

15        Q    And that is the product number for a

16   split-phase motor.  And that corresponds with a

17   transaction between your company and W.W.

18   Grainger on July 13 in the year 2000.  Again, a

19   while ago.

20             Does that refresh your recollection?

21        A    No.

22        Q    Do you know what a split-phase motor is?

23        A    No.

24        Q    I don't.

Page 60

1       A     No clue.

2       Q     Okay.  Back to your list here.  The very

3   top entry is an SKU number 4C704.

4             Do you see that?

5       A     Yes.

6       Q     That is the wall fan manufactured by

7   Broan Company, B-r-o-a-n.  And that corresponds

8   with a transaction between W.W. Grainger and your

9   company on or about February 16, 1994.  That's the

10  earliest record that we've been able to locate.

11            Does that ring a bell?

12      A     No.

13      Q     Okay.  Do you know what a wall fan

14  manufactured by Broan is?

15      A     I think it's an exhaust fan that goes --

16  mounted in the wall.  I don't know if it is an

17  exhaust fan for a bathroom or just to exhaust a

18  room.

19      Q     Well, I remember that you told me earlier

20  today about a bathroom fan.

21      A     Well, I only got the motor for that fan.

22      Q     Yeah.

23      A     Not the fan -- I didn't replace the fan,

24  I just replaced the motor.

1     Q     Okay.

2     A     So that wouldn't be that.

3     Q     Okay.  More than likely, that's the HVAC

4  motor we talked about?

5     A     Yes.

6     Q     Okay.  So in any event, the wall fan

7  manufactured by Broan, that -- my attempt to

8  refresh your recollection doesn't ring a bell with

9  you?

10    A     No, it doesn't.

11    Q     Okay.  Well, it was a long time ago.

12          So there is another document here that I

13  marked, this is page 9 -- I'm sorry, it is page 6

14  of Exhibit 2 for identification.

15          Do you see that one?

16    A     Yes.

17    Q     Okay.  Let me find my copy of that one

18  here.  Okay.

19          All right.  So you have that in front of

20  you?

21    A     Yes.

22    Q     Okay.  So this is a W.W. Grainger

23  business record entitled:  "Customer line-item

24  display."

Page 62

1          And this is the display that was created

2     with -- for the most recent transaction between

3     your company and Grainger in September of 2008,

4     specifically September 15, 2008.

5          Do you see the date there?

6     A    No.

7     Q    It's in the fourth column from the right,

8     it says, "Document date."

9     A    Oh.

10         I see document number.

11    Q    Okay.

12    A    Which is the date here?

13    Q    It's right here.

14    A    Oh, over there?

15    Q    Yes.  Right there, document date.

16    A    Okay.

17    Q    Can you see it?  Do you have your glasses

18    on?

19    A    I got the glasses on.

20    Q    Okay.  So, I'm just, again, trying to

21    refresh your recollection.  This is a business

22    record that reflects a transaction where you came

23    in -- you or somebody on behalf of Davies Home

24    Services came into the W.W. Grainger store and

Page 63

```
 1   paid for this item with cash.  Okay?

 2            Either -- when I say cash, I mean check

 3   or currency.  Okay?

 4            And since this is the September 2008

 5   transaction that we were looking at, you know,

 6   that would be the last transaction on our list

 7   which was the dehumidifier.

 8            So putting two and two together, this

 9   tells us that somebody on behalf of Davies Home

10   Services came to the W.W. Grainger store on or

11   about September 15, 2008, and paid $221.27 in

12   cash -- and when I say cash, I'm including

13   possibly a check -- for a dehumidifier.

14            Does that ring a bell?

15      A    It doesn't, but I think I can maybe

16   surmise what it is.

17            I've got a long-time customer for the

18   past 28 years, she's been a good customer of mine.

19      Q    Yes.

20      A    I remember she called me, she said her

21   dehumidifier had broken, she asked where to buy

22   one.  I think I probably told her several places.

23   And I said if you go to -- I probably sent her to

24   Grainger.
```

1        And I'm guessing, because she was trying

2   to get a discount, she mentioned my name.  You

3   know, trying to get a contractor's discount.  I'm

4   not sure Grainger even gives that, but that's the

5   only thing I can think of.

6        Q    Okay.  So this is not a transaction where

7   they billed your company on account.  This is a

8   transaction where somebody came in with a Davies

9   Home Services check or cash, and paid for it on

10  the spot.  That's what this is?

11       A    Yeah, it might have been --

12       Q    That doesn't sound like something you

13  would allow some customer to do.

14       A    Well, if she paid cash, it's very

15  possible she just used my company name to try to

16  get a discount.

17       The address is wrong here.  That would

18  have been -- I would have used my business address

19  of 824 Busse Highway.  This is an attempt at my

20  home address, and it's wrong.

21       Q    What is your home address again?

22       A    1118 West Crescent.

23       Q    I see.

24       A    And that customer knows me for years, she

Page 65

1   knows where I live.

2        Q    So you're just --

3        A    I'm just speculating.

4        Q    You're just speculating, you're not

5   exactly sure, right?

6        A    If it was a portable dehumidifier, it's

7   not the kind of thing I would buy for business.  I

8   buy materials to build things.

9             If it were a dehumidifier to mount to a

10  furnace, my heating and air man would have bought

11  that, I never buy those.  So it's not the kind of

12  thing I would buy.

13       Q    So you're just guessing somebody else

14  bought it, using your name?

15       A    It's very possible.

16       Q    But of course, you don't know that for

17  certain?

18       A    I could probably find out.  I could ask

19  her.

20       Q    Okay.  What about the phone number there?

21  There is a phone number, (847) 825-3738.  That's

22  your business office, isn't it?

23       A    That's correct.

24       Q    You wouldn't give your checkbook out to

Page 66

1    somebody else, would you?

2        A    No.

3        Q    I didn't think so.

4            And you wouldn't let somebody charge

5    anything on your credit account that you might

6    have?

7        A    No.  I don't believe I have a credit

8    account with Grainger.

9        Q    I don't know whether you do or not, I'm

10    just asking whether you would allow that kind of

11    practice.

12        A    I would not.

13        Q    Okay.  And you don't say to your

14    customers, Well that chandelier you want for the

15    home remodeling project, just go into Home Depot

16    and put it on my account.

17            That's not how you do your business, is

18    it?

19        A    No.

20        Q    Okay.  And by the way, for that welding

21    blanket that you recall, do you remember how you

22    ordered that?  Was it online?  And by that I mean

23    the W.W. Grainger internet site.  Or did you go

24    into a retail store?

Page 67

1          Do you remember how you bought that?

2     A    I don't.  I don't remember.  I don't do a

3 lot of online ordering, so I'm doubting it's that

4 way.  I probably called them looking for it.

5     Q    Okay.  Fair enough.  Fair enough.

6          And getting back to Exhibit 1 again,

7 which is a Grainger fax, I know we talked about

8 this before, but I just wanted to ask you a couple

9 questions.

10          So it's got -- you mentioned calling

11 Grainger, and this has got the Grainger phone

12 number on it.

13          Do you have, like -- I mean, when you say

14 you likely called Grainger and ordered that

15 welding blanket, do you have the Grainger phone

16 number on file somewhere, or do you remember how

17 you got it?

18     A    No, I don't have it on file.  I've got a

19 list next to my desk with all the places I call

20 often.  They're not on that list.

21          So I couldn't tell you how I found their

22 number.  Probably in the phone book.

23     Q    Okay.  Fair enough.  I'm just wondering,

24 because there is a phone number on this fax.  I

1   was wondering whether maybe you used that phone

2   number.

3            But in any event, you don't recall, as

4   you sit here today?

5        A    No.  I wouldn't -- I wouldn't remember

6   that.

7        Q    Okay.  And -- okay.

8            And you seem to have good English

9   language skills, you read and write well, so this

10  is just kind of a general question.

11           Is there anything about this fax, the

12  communication that's on this fax that's unclear to

13  you?

14           In other words, you don't get what the

15  meaning is?

16           MR. SMITH:  Objection to the form.

17       A    I get it.

18  BY MR. ANDERSON:

19       Q    Okay.  So the language and substance is

20  clear to you?

21           MR. SMITH:  Objection to the form.

22  BY MR. ANDERSON:

23       Q    Correct?

24           MR. SMITH:  Asking for a legal

1      conclusion.

2            MR. ANDERSON:  No, I'm not asking for a

3      legal conclusion.  I'm asking for his

4      perception as someone who's an experienced

5      businessman and someone who apparently has

6      good command of the English language.

7            It is a pretty simple question.

8      A    I understand the fax.

9  BY MR. ANDERSON:

10     Q    Okay.  So everything in the fax, in terms

11 of the information that's being presented, is

12 clear to you, correct?

13           MR. SMITH:  Same objection.

14     A    Yes.

15 BY MR. ANDERSON

16     Q    Okay.

17           Then let's look at the rest of Exhibit 2,

18 which you have in front of you.  If you could

19 reassemble that.

20     A    Okay.  What page?

21     Q    Well, I want to look now at those DEX

22 Yellow Page documents.  And I've numbered those --

23 well, we can look at them and get the numbers.

24           Let's get it back in page number

Page 70

1    order there.

2         A    Okay.

3         Q    Okay.  So I will pick out the page number

4    here to start with.  I would like to start with

5    page 3 of the document.

6              And this is a document that we copied

7    from the AT&T Yellow Pages, you can see that.  And

8    we've copied it from the Yellow Pages dated

9    June 7, 2007.  And you can see that the area codes

10   that are in this particular Yellow Pages book

11   include your area code.  Correct?

12             You're in the Park Ridge area, as you

13   told us.

14             So anyway, we've highlighted here, two

15   entries in the AT&T Yellow Pages.  And this is,

16   again, is on page 3 of our Exhibit 2 for

17   identification.

18             Do you recognize those entries,

19   Mr. Davies?

20        A    Yes.

21        Q    Okay.  What do you recognize them as?

22        A    A listing for my business in the Yellow

23   Pages.

24        Q    Okay.  And so there are actually two of

1  them, right?

2          There is the entry for Davies Home

3  Services at 824 Busse Highway, Park Ridge, 60068,

4  with a phone number of 825-3741.

5          And then there is a second entry, also

6  for Davies Home Services, at 824 Busse Highway,

7  Park Ridge, 60068, this time listing a phone

8  number of 825-3738.

9          Correct?

10     A    Yes.

11     Q    Okay.  And -- well, let's see.  Which one

12  of those is your company's fax number?

13     A    Well, the 825-3741 is the company fax

14  number.

15     Q    Yes.

16     A    But it wasn't exclusively a fax number at

17  that time.

18     Q    Okay.  So if I -- at that time, if I

19  dialed that number, could I send you a fax?

20     A    You could.

21     Q    Okay.

22     A    But you would first get a voicemail that

23  said, Leave a message.  If you need -- if you want

24  to send a fax, you've got to press "1-2-3" on your

1   phone to turn on the fax machine.

2        Q    Okay.  And what other functions did that

3   phone number have?

4        A    That was it.

5        Q    Okay.  So I'd press 1 and want to send a

6   fax.  I mean, I could also use it to leave, what,

7   a voicemail?

8             That's what I'm trying to find out, what

9   other uses did that number have?

10       A    Yes.  It was never meant to be that.  The

11  3738 is my main number.  The 3741 was never meant

12  to be my main number.

13            They put that in there, I think, that

14  year by mistake, actually.  But -- so we hooked up

15  an answering machine to that, saying the correct

16  number to call, and they still could leave a

17  message if they wanted to.

18            And if they were trying to send me a fax,

19  they could.  I think they had to press "1-2-3" and

20  then it would activate the fax machine.

21       Q    Okay.  I think I understand that that

22  number had multiple purposes.  But one of the

23  purposes is that you could call 825-3741 and send

24  your company a fax, if you were so inclined to

1   do so?

2       A    Yes.

3       Q    Okay.  And these listings in the Yellow

4   Pages, who at your company is responsible for

5   submitting those listings?

6       A    That's me.

7       Q    Okay.  So you are the person then, that

8   gave the AT&T Yellow Pages these two phone numbers

9   that we just recited; is that correct?

10      A    Well, AT&T gave me the numbers, and then

11  they printed them in their book.

12      Q    Okay.  Well, I understand that the phone

13  company ultimately assigns all phone numbers.  But

14  you have to make a decision about which ones you

15  want to pay to have advertising for; is that

16  correct?

17      A    Yeah, I don't know if this is -- this

18  isn't the White Pages, so it's a little different.

19  That's just something they list automatically.  It

20  has nothing to do with what we pay for.

21      Q    I see.  Okay.

22      A    That's probably why it's listed wrong in

23  here.  It's not something I would have proofread

24  and approved of.

Page 74

1      Q    But I mean, you were aware this was in

2    here, right?

3      A    No.

4      Q    No, never aware of this?

5      A    Not until we got calls on the wrong

6    number.  I had to call and have that rectified in

7    the book.  So from then on, they just printed the

8    one number.

9      Q    I see.  So when did you start getting

10   calls, as you say, on the wrong number?

11     A    We would get incoming calls that weren't

12   faxes, so -- I don't remember what year --

13   whatever this year it was printed, probably.

14          And so that's when we got an answering

15   machine and hooked it up and devised a way to

16   inform people that they're supposed to call the

17   other number when they're trying to call the

18   office.

19     Q    Okay.  Well, did you tell -- I mean, you

20   started getting these wrong numbers or these

21   mistaken calls in 2007, correct?

22     A    I couldn't tell you the year.  It

23   probably corresponds with this ad in here, because

24   this was not supposed to be here.

Page 75

1      Q    Okay.  Well, this -- I mean, this
2  directory I showed you, and that we marked as part
3  of Exhibit 2, is dated June 2007.
4           Does that help you place in time when you
5  started receiving the calls on this number?
6      A    Yes.  That would make sense.
7      Q    Okay.  And then so did what?  You called
8  up AT&T and said, Don't show that number?
9      A    Yes.
10     Q    And when did you do that?
11     A    It would have been after we realized we
12  had a problem, so probably that same year, or just
13  the year after that, for the next book.
14     Q    Well, I think we have the next year as
15  part of that exhibit, so let's just --
16     A    Let's see.  I don't remember the year we
17  made the correction.
18     Q    Okay.  So page 4 is the cover page for
19  the June 2008.  This is June 2008.
20          And if we look on page 5, what do we see?
21     A    They still have them both listed at that
22  point.
23     Q    So maybe you didn't call them in 2007?
24     A    I called them when I realized it was

Page 76

1    a problem.

2         Q    Well, but that's --

3         A    Again, I couldn't tell you what year.

4         Q    So it might have been you didn't call

5    them right away; is that correct?

6         A    That's correct.

7         Q    Okay.  Even though you were aware of what

8    you say was the problem?

9         A    I don't know when I became aware of it.

10        Q    In any event, we know that there is at

11   least a couple years out there where you had your

12   fax number published in basically AT&T

13   directories, correct?

14        A    Yes.

15        Q    And you can't tell us when you asked AT&T

16   to take down the fax number or to take off the fax

17   number from their public listing?

18        A    I would have to look in their records to

19   see when they made that correction.

20        Q    Yeah.  So without looking at their

21   records, as you sit here today, you can't tell us

22   when you got around to telling AT&T, Please take

23   my fax number out of your directories?

24        A    Yeah.  I mean, it wasn't a real big

1    problem, because we don't get most of our calls

2    from the phone book.  We get most of our calls

3    from repeat business, referrals, our street

4    signs -- I mean our yard signs and our trucks.

5             So we don't get a lot of calls from the

6    phone book in the first place, certainly not the

7    White Pages.

8             So we probably weren't aware of the

9    problem for a long time.

10       Q    But you said you were getting unwanted

11   faxes, correct?

12       A    Well, we've always got unwanted faxes.

13   What we were getting were calls from people

14   looking for our office, and they were calling the

15   fax machine line.

16       Q    Well, how did people get your fax number?

17       A    The only way people can get my fax

18   number, typically, would be it's on my contract.

19             When I'm working with somebody, I send

20   them a contract for a job.  I'll have the fax

21   number on there, in case they want to sign the

22   contract, and fax it back to me.

23       Q    Okay.  So that's one way.

24       A    Yeah.

1      Q    Another way, of course, is your fax

2  number was publicly listed in some AT&T directory.

3      A    It is not listed as a fax number, but

4  it's there.

5      Q    I know it doesn't say "fax" next to it,

6  but in practice, it was a fax number, correct?

7      A    It was set up -- the whole reason I got

8  the second line -- there was two reasons.

9           One, to have a fax machine on that line.

10          And two, for me to use that line for

11  outgoing calls, so I don't tie up my main line.

12     Q    Okay.  So I'm just exploring with you the

13  possible ways that people could get this number

14  that you use as a fax number, 825-3741.  Okay?

15  That's what I'm exploring with you.

16          One way is they could have got it out of

17  the AT&T directories.  Another way is they could

18  have got it off your contracts, correct?

19     A    Yes.

20     Q    Okay.  Are there other ways that they

21  could have got your fax number?

22     A    Verbally.  I mean, I've given my fax

23  number to people when I want them to fax me

24  something.

Page 79

```
 1      Q    Okay.  Is it on your business card?

 2      A    No.

 3      Q    Is it on your letterhead?

 4      A    No.

 5      Q    Okay.  And when you go into your supplier

 6   stores, you know, when you go into Home Depot or

 7   occasionally when you went on to W.W. Grainger, do

 8   you fill out the customer account applications and

 9   give people your contact information, including

10   your fax number at that time?

11      A    I've done that with the stores I have

12   accounts with.

13      Q    Sure.

14      A    Grainger is not one of those.

15      Q    You're sure about that?

16      A    I'm not.

17      Q    Okay.  It could have happened, you just

18   don't remember?

19      A    Long time ago, but I don't recall doing

20   that.

21      Q    Okay.  I mean, you just don't have a

22   recollection one way or another, what kind of

23   account information you may have filled out when

24   you went into the W.W. Grainger store.
```

Page 80

1          Is that a fair statement?

2      A    I'm pretty sure I -- in that store,

3  I've -- I don't want too many accounts.  So in the

4  stores I don't frequent very often, I generally

5  pay with a credit card or a business check.  I

6  didn't want to have too many accounts open.

7      Q    Okay.  So anyway, I'm just exploring with

8  you all the possible ways where your fax number is

9  out in the public domain.  And so I want to make

10 sure we've covered all the possibilities.

11          One is, it's out in the public domain in

12 some directories.

13          Two, it's on your contract.

14          And three, from time to time, you've

15 given it out to people that want to have it.

16          And fourth, for some companies where

17 you've have supplier accounts, you've probably

18 included it in your company information.

19          Are those the four possibilities?

20     A    Those are four possibilities.

21     Q    Okay.  Are there any others that you can

22 think of, since you know your business better than

23 I do?

24     A    Not offhand.  I mean, it's not a -- we

1   don't keep our fax number a secret.  It shouldn't

2   have to be a secret.

3       Q    No, it shouldn't have to be a secret.

4   But some people have unlisted numbers obviously --

5       A    It doesn't work so good in business.

6       Q    No, I suppose that's true.  I suppose you

7   could have had an unlisted fax number if you

8   didn't want it out in the public domain.

9            You could have done that, but you chose

10  not to do that, correct?

11      A    Yes.  I wasn't stopping it from being in

12  the public domain.  I just don't like when people

13  abuse it.

14      Q    I see.  And again, getting back to

15  Grainger, you never told them that you did not

16  want to receive any fax communications from

17  Grainger.  Correct?

18      A    I don't recall doing that.

19           It's possible I did it, and that's why I

20  didn't get any more.

21           But I don't recall, specifically, that

22  one.  I get so many of these.

23      Q    Yeah.  Well, in the realm of things,

24  anything is possible.  But I'm just asking you

1    today, you know, what you recall.

2          And you'll correct me if I'm wrong, but

3    your testimony today is you don't recall ever

4    telling Grainger, Please don't send me any fax

5    communications.

6          Is that correct?

7    A     That is correct.

8    Q     Okay.

9          (Cell phone interruption)

10   BY MR. ANDERSON:

11   Q     Would you have any written record of when

12   exactly you'd say you told AT&T to stop publishing

13   your fax number in its directory?

14   A     No.

15   Q     You think you did that by phone?

16   A     I'm sure I would have done it by phone.

17   Q     Okay.  I see.  So we don't have any

18   written record that's going to refresh your

19   recollection on that subject?

20   A     No.  And again, this is White Pages.  I

21   proofread all the Yellow Page stuff we have.

22   This, I never had an opportunity to see.

23          And most people looking for us don't use

24   the White Pages, they would use the Yellow Pages.

1    Q   Well, let me ask you about that, because

2  I'm in the White Pages, but I don't have my name

3  and address highlighted like that.

4       Isn't that paid advertising, to have your

5  name kind of --

6    A   That's just how they do it.

7    Q   -- bolded like that?

8       Okay.  That's just how they do it?

9    A   Let me see.  Yeah, maybe it's not --

10  bolded.  I don't know, so --

11    Q   You're saying this is -- well, we're

12  on -- just to be exact, we're on page 5 of

13  Exhibit 2.

14       Are you saying that's a free listing or

15  are you paying to have that listing in this

16  business directory?

17    A   That's a free listing, as far as I know.

18    Q   Okay.  But you do have paid listings,

19  right?

20    A   Yes.

21    Q   Okay.  Tell me about how that works.

22    A   Well, they give -- they ask what -- they

23  want to sell you a whole page, you know, and I

24  reduce that down to what I can afford.

1       And then there's categories.  We do a lot

2  of different things, so we're under a lot of

3  different categories, so I have to pick what

4  categories that will best serve us.

5       And sometimes you pay for, like, a

6  one-inch ad, and then the other listings

7  throughout the book will refer to you that page

8  with the one-inch ad, so they can read a little

9  more.

10    Q   I see.  And do you do that every year

11  with either AT&T or DEX?

12    A   Yeah, it is with DEX.  I don't know if

13  they are one in the same.  They call it DEX now,

14  that's who I deal with.

15    Q   Okay.  And how long have you been doing

16  that, Mr. Davies?

17    A   Probably about 18 years.

18    Q   Okay.  And so every year, you advertise

19  through AT&T and/or DEX Yellow Pages; is that --

20    A   Yes.

21    Q   Okay.  So it's not like a couple years go

22  by and you don't?  It's just every year you do

23  that?

24    A   Every year.  I didn't do it for the first

1    11 years I was in business, because I just

2    couldn't afford it.  But after a while, we got --

3    you know, we put a little advertisement.

4            Every year they review it, and you can

5    pare it down or you can add to it, whatever you

6    want to do.

7        Q    Okay.  Do you use any kind of social

8    media for advertising?

9        A    No.

10       Q    Okay.  So you're not on Facebook or

11   Twitter or Yelp or anything like that?

12       A    My kids are, so I'm sure they -- whoever

13   my kids know, I'm sure they've talked about our

14   company, but I don't do any formal advertising at

15   all.

16       Q    Okay.  So no Yelp listing or anything

17   like that?

18       A    I think Yelp has our information.  They

19   all have ways to find information, but I've never

20   paid for anything with Yelp.

21       Q    Okay.  Fair enough.

22           And does your company have, like, an

23   internet home page?  Can I go look you up on the

24   internet under DaviesHomeServices.com?

Page 86

1      A    Yes.

2      Q    Is that the -- did I guess correctly?

3      A    Yes.

4      Q    It is DaviesHomeServices.com?

5      A    Yeah.

6      Q    Okay.  And do you have an email -- does

7   your company have an e-mail address?  So if I

8   wanted to e-mail you something, what would I --

9   what would I use?

10     A    It is DaviesHomeServices@Gmail.com.

11     Q    And have you had that e-mail address for

12  quite a while?  In other words, let's -- 2007

13  through present?  Just to --

14     A    No, we changed it.  When Gmail kind of

15  came to the forefront, we changed it.

16          I would think that's about three or four

17  years ago, I'm not good at judging time at stuff

18  like that.

19     Q    Okay.  And do you use e-mail for any kind

20  of advertising or marketing?

21     A    No.  We e-mail with our clients back and

22  forth, but --

23     Q    But just contracting details.  You're not

24  sending out -- saying, you know, Month of December

Page 87

1  special on kitchen remodeling, or anything like

2  that?

3      A     No, no.

4      Q     Okay.

5      A     We did it once, and just to our

6  customers, offering something like that, it was a

7  discount.

8            And one person called me, wasn't happy

9  with it, I never did it again.  He just said, Take

10  me off your list.  But I took every -- I just

11  never did it again.

12           If it bothers somebody, I don't want to

13  do it.

14      Q     So what did you do, just kind of an

15  e-mail blast to your entire customer list?

16      A     Yeah, I kind of handpicked that list,

17  people I knew, mostly, just to show we were

18  offering a -- it was a sale during the winter.

19      Q     Um-hm.  So you gave them kind of a winter

20  discount on home remodeling?

21      A     Something like that.

22      Q     Yeah.  Kind of like a $25 off on your

23  next order of $100 or more?

24      A     They don't have to print it.

Page 88

1       MR. SMITH:  This is via e-mail you're

2   talking about, right?

3       MR. ANDERSON:  Yeah.

4   A    They don't have to print that.

5   BY MR. ANDERSON:

6   Q    Well, I understand you don't have to

7   print an e-mail.  But I'm just trying to

8   understand the nature of the offer that you

9   blasted out to your customers.

10   A    I think it was 10 percent off, up to $100

11   on your next remodeling project.  It was just to

12   my regular customers.

13   Q    Yeah.

14   A    And after I got one negative response, I

15   said, That's it, we're never doing that again.

16       I don't think it's right.  If it bothers

17   somebody, I'm not going to do it.

18   Q    Of course you got one from Grainger and

19   they never did it again, correct?

20       MR. SMITH:  Fax.

21       MR. ANDERSON:  Yeah, one fax.

22   A    I don't know if they ever did it again.

23   I never got one.

24

1  BY MR. ANDERSON:

2      Q     Yeah.

3      A     But it wasn't personalized to me, it was

4  very general.  I could tell it was just to a lot

5  of people.

6      Q     And did you consider, before you sent out

7  your customer e-mail blast, that you might be

8  using up their e-mail box limits without their

9  consent?

10     A     I'm not aware of an e-mail box limit.

11     Q     Okay.  Well, some e-mail providers have a

12 limit on the number of megabytes that you can have

13 in your e-mail box.

14           In other words, they won't -- once you

15 fill up your box, you've hit your limit.  It's

16 kind of like --

17     A     I've never heard of it.

18     Q     -- phone minutes.

19     A     I've never heard of that.

20     Q     Okay.

21     A     I never erase any of my e-mails, and I've

22 got thousands of them.  It's never been an issue.

23     Q     So you still have thousands of e-mails in

24 your inbox, huh?

1      A     I do.  I save records.

2      Q     Yeah, you seem to be kind of a keeper in

3   that respect.

4           MR. ANDERSON:  Okay.  Let's take a break.

5      I'm just going to look over and see if there

6      is anything else I want to cover.

7           MR. SMITH:  Sounds good.

8           THE VIDEOGRAPHER:  The time is

9      approximately 12:24 p.m.  We're going off the

10      record.

11               (WHEREUPON, a recess was taken,

12                after which the following

13                proceedings were held:)

14           THE VIDEOGRAPHER:  The time is

15      approximately 12:37 p.m.  We're back on the

16      record.

17   BY MR. ANDERSON:

18      Q     Mr. Davies, we are back on the record,

19   and just a few more questions.

20           Do you have a copy -- do you have your

21   business card on you?

22      A     No, I don't think I do.  I left my big

23   wallet at home.

24      Q     Okay.  And have you ever put your fax

Page 91

1    number on your webpage, on the internet?

2        A    It might be on that.  I don't recall, I

3    didn't set it up.  My daughter did the webpage for

4    me.  I don't really look at it.

5        Q    How long have you had a webpage up?

6        A    I think we did it when we were on

7    vacation about three years ago.  My daughter said,

8    You need to have a website, so she did it.

9        Q    How old is she?

10       A    30.

11       Q    30.  Okay.  She is apparently more fluent

12   than you, as far as creating webpages?

13       A    Everyone is more fluent than I am when it

14   comes to the computer stuff.

15       Q    Yeah.  And could it be that that webpage

16   has been up there longer than three years?

17       A    Yeah, it could be.  I have no concept of

18   time, but I think that's when we did it.

19       Q    Okay.  And I had another question about

20   the setup for your fax number.  Again, I'm talking

21   about the fax number 825-3471.  Okay?

22            Now, you told me that when you call that

23   number, you're asked to punch in 1, 2 or 3,

24   depending on whether you want to leave a voicemail

Page 92

1    or send a fax.  A least that's what I recall you

2    said.

3              Can you explain to me in a little more

4    detail how that works?

5        A    Yes.  It's not like that anymore.  It's

6    just when we had the issue with some clients

7    trying to get ahold of me, thinking that was our

8    regular phone number, because it's not listed as a

9    fax number, they would call that number.

10             I didn't want those calls to go missed,

11   so I hooked up an answering machine for a few

12   years there.  The voicemail would say:  You've

13   reached Davies Home Services, please call us back,

14   and they would give the proper number, the 3738.

15   You can leave a message on the answering machine

16   if you care to, or if you want to send a fax,

17   press 1-2-3.  The 1-2-3 would prompt the machine

18   to turn on.

19       Q    Oh, I see.

20             So 1-2-3 is in fact the code to then turn

21   on the fax machine?

22       A    Correct.

23       Q    I see.

24       A    That being said, just to elaborate a

Page 93

1    little bit, if someone was faxing to me, the

2    machine would kick on, it would sense there was a

3    fax coming in, and it would automatically go over

4    to the fax machine.  So it didn't -- it would hear

5    that fax tone and automatically do it.

6         Q    That was my next question.  What happens

7    when the sender -- there is no human being who is

8    a sender -- or the human being who is a sender

9    doesn't punch any code in, what happens then?

10        A    What I just said.

11        Q    Automatically turns on?

12        A    Automatically.

13        Q    So it automatically turns on the fax

14   machine if no one actually punches the code in,

15   1-2-3?

16        A    Correct.  And if I'm there and I hear

17   the -- if the phone kicked on and I could hear

18   right away it was a fax tone, I can hit 1-2-3 on

19   my end, and it would send it that much quicker.

20        Q    I see.  So if you're sitting in the

21   office and you hear the fax tone, you have the

22   ability to punch in 1-2-3 to receive the fax?

23        A    It basically relays it from the -- you

24   don't have to wait for the machine to kick on and

Page 94

1    then sense it and all that.  It is just quicker

2    that way.

3        Q    And when did you set up this operation?

4    Again, I know it's hard to place it in time.

5        A    Yeah, it was years ago, and it was only

6    for a short time we had that set up like that.  We

7    no longer have that.  We're just strictly a fax

8    line now.

9            But it was back when they had printed in

10   the White Pages, my number, that we got a few

11   calls over the course of the year, that people

12   would finally get ahold of me and say:  I call

13   your number and I get a fax tone.

14           So that's when we had to do something

15   about it.

16       Q    I see.  Well, you can see from Exhibit 1,

17   which is the Grainger fax, that that's dated 2009.

18   So let's try to think back to 2009.

19           Is it likely that you had this procedure,

20   the 1-2-3 code procedure in effect in 2009?

21       A    It's possible.

22       Q    Well, again, I'm going to have to press

23   you a little further, because almost anything is

24   possible.

Page 95

1        Do you think that -- is that your best

2  recollection, that that was the procedure you had

3  in place in 2009?

4     A    I don't know if we still had that going

5  at that time, because it was four years ago.  I

6  think we abandoned the answering machine more than

7  four years ago.  But...

8     Q    But it kind of makes sense, because at

9  least we know that in that time frame, your fax

10  number was out in the public AT&T directory.

11        So people might have been calling that

12  fax number, correct?

13     A    Yes.

14     Q    And to kind of intercept those fax

15  numbers, you've told me you set up this procedure,

16  whereby the answering machine says, If you want to

17  leave an answer, do this.  But on the other hand,

18  if you want to send me fax, punch in the code

19  1-2-3.  Right?

20     A    Yes.

21     Q    That was the procedure you set up to deal

22  with the fact that you had your fax number out in

23  the public directory, correct?

24     A    Yes.

Page 96

1      Q     Is that correct?

2      A     Um-hm.  Yes.

3      Q     Okay.  So it's at least possible, if not

4  likely, that that was the procedure that you had,

5  in fact, in 2009 when the Grainger fax came in; is

6  that a fair statement, or not?

7      A     I think the problem with the phone book

8  was right before then.

9      Q     Uh-huh.

10     A     So I think it's very possible that was

11  still in effect at that time.

12     Q     Okay.  And then you changed that process.

13  And tell me exactly what the change was.

14     A     We just eliminated the voicemail.  I

15  didn't feel the need to have a separate line

16  anymore.  So it might have come when we got a new

17  fax machine, where the fax was an all-in-one

18  thing.  I think we just plugged it in and I

19  abandoned the answering machine and just went to

20  voicemail on my 3738 line.

21     Q     Okay.  So at some point in time, if I

22  were to call that 825-3741, I would no longer get

23  a recording.  Instead, it would just automatically

24  trigger the fax machine?

Page 97

1      A      That's correct.  That's how it's set up

2  now.

3      Q      Okay.  So I wouldn't get an option of

4  leaving a voicemail message for you currently?

5      A      That is correct.

6      Q      Okay.  You seem to be a prudent

7  cost-conscious businessman.  Are there -- and

8  according -- I wanted to ask you, are there times

9  when you got fax offers, like the Grainger one

10  that gave you an opportunity for a discount or a

11  price off.  Did you -- have you ever availed

12  yourself of those kind of price discount

13  offerings?

14      A      No.  There is a lot of them I don't

15  trust.

16      Q      Okay.  And why not?

17      A      I think they come from foreign countries.

18  I get a lot of stuff offering trips to Florida for

19  $300, all expenses, everything is covered.  I

20  don't trust anything like that.

21      Q      Okay.  But in the Grainger one that we

22  marked as Exhibit 1, do you see anything on there

23  that's inherently untrustworthy?

24      A      No.

Page 98

1     Q    Okay.

2          MR. ANDERSON:  Okay.  Let's mark this as

3     Exhibit 3 for identification.

4               (Document marked as Davies

5               Exhibit No. 3 for identification)

6          MR. SMITH:  Do you have an extra copy

7     there?

8          MR. ANDERSON:  Yeah, I think I do.  Hang

9     on.  Sure.  Somewhere in this stack I do.

10         Here you go, Mr. Smith, here is a copy

11    for you (tendering).

12         MR. SMITH:  Thank you.

13    BY MR. ANDERSON:

14    Q    Okay.  You have in front of you what we

15    marked as Exhibit 3 for identification,

16    Mr. Davies.  And these are documents that your

17    lawyer produced to us.  And they appear to be

18    numbered Davies 001 through 018.

19         Do you recognize these documents?

20    A    Yes.

21    Q    What do you recognize them as?

22    A    They're the proof that the phone book

23    sends you to look at before they go to print.

24    Q    Okay.  So this is proofs of paid

Page 99

1    advertising that you have purchased with the phone

2    company?

3        A    Yeah.  What I mean by proof is, they

4    print it up and then you're checking it for

5    errors.

6        Q    Okay.

7        A    Before they go to print.

8        Q    Okay.  If you could go to Davies 001,

9    that's basically page 11 of Exhibit 3, is that an

10   example of an ad proof that you purchased for

11   Davies Home Services?

12       A    Is it 011?

13       Q    Yes.

14       A    Okay.

15            Yes.

16       Q    This seems to be a proof for 2008.  Do

17   you have proofs -- you told me you store all the

18   records.  Do you have proofs for other years?

19       A    I do.

20       Q    Are they included in this Exhibit 3?

21   Because I don't see them.

22       A    There is a variety of them here.  It

23   looks like there is 2013.  Let's see.

24            This is the year 2000, 2004, 2008.

Page 100

1          They don't generally change very much

2    from one year to the next.

3        Q    And the last one is 2013.

4          But here is my point.  I know you told me

5    you do this every year, and I didn't see every

6    year here.  Can you explain that?

7        A    I might have more.

8        Q    Okay.

9        A    It doesn't change much, so I probably

10   just went every three or four years.  But I

11   probably have more, if not all.

12       Q    Okay.  Well, I would be grateful if you

13   would preserve every submission that you have made

14   to the telephone companies that would list any

15   kind of phone number or information about your

16   business.

17          And I'd be grateful if you could make

18   copies of those submissions for us, Mr. Davies.

19       A    I can look and see what I've got.

20       Q    Okay.  Well, ultimately, you know, it's

21   for your lawyer to produce those, and so I'm kind

22   of speaking now to your lawyer.

23          But I want to make sure you don't go home

24   and say, Well, it's time to clean up my records,

Page 101

1    and start tossing stuff.

2           Because I'm going to ask you now to make

3    sure you preserve it.  Okay?

4       A    If I have them, you can have them.

5       Q    Okay.  And the same request or admonition

6    goes to any communications you may have had with

7    W.W. Grainger, by way of any type of

8    correspondence or purchase transaction.

9           I would like you to make sure you

10   preserve all of those as well.

11          And then finally, I already said this,

12   but you told me you've got some kind of pile of

13   faxes that you've been collecting over the years.

14   I would like you to preserve that as well.

15          Okay?

16      A    Okay.

17      Q    Fair enough?

18      A    Yes.

19      Q    Okay.  So that completes my questions

20   today, Mr. Davies.  And when we sign off here, the

21   court reporter -- I'm going to ask the court

22   reporter to prepare a transcript that's going to

23   show, in writing, all of the questions I asked,

24   and all of your answers.  Okay?  Basically,

Page 102

1   everything that was said on the record.

2           And here is the important part.  You, as

3   the witness, have the right to review that

4   transcript and make any corrections if the court

5   reporter, you know, didn't transcribe something

6   correctly that you may have said, or if you just

7   misspoke.

8           So let's just say hypothetically you said

9   2008 and you meant 2009, and now you realize, Holy

10  smoke, you got the wrong year.  You can make that

11  kind of correction as well.

12          So I just want to make sure that you are

13  aware that you have the right to do that.  And you

14  can talk to your lawyer about whether you want to

15  exercise that right and make any changes.

16      A    Okay.  Thank you.

17      Q    Okay.  So that's all I have today.

18          And let me just -- you know, we've had --

19  I've asked you some questions during the day, and

20  sometimes -- and again, I'm not being critical,

21  but you had a hard time with dates or details.

22          Are there any dates or details that have

23  now come to you and you want to add them right

24  now?

Page 103

1      A    I'm not good with dates.  I depend on my
2   wife for that kind of stuff.  She knows when every
3   kid was born and all the things that happened
4   between, so she can figure out dates for
5   everything.  I just don't think that way.
6           The only thing I might have -- I think I
7   said I've been saving faxes for two years.  It's
8   probably been much longer, since these go back
9   further than that.
10          Again, I've just been putting them away
11  for years, I guess.  But...
12      Q    Yeah.  And why is that?  Is it just
13  because you're kind of a pack rat, or because you
14  just didn't want to take the time to throw them
15  out, or that you had in mind someday you were
16  going to make some point about it?
17          I'm just trying to --
18      A    I'm not a --
19      Q    It is an unusual thing to do.  I'm just
20  trying to understand your motivation.
21      A    I guess it just bothered me, and so one
22  day I -- I'd always thrown them away.  And one day
23  I said, you know, I should just see how many of
24  these things I get.

Page 104

1          I just started stacking them here,

2     instead of into this file, it just went into

3     the -- underneath the computer.

4          And before I knew it, the stack was this

5     thick.  And it's just crazy that -- and my -- you

6     know, it was brought to my attention that it's

7     illegal to do that.  And it's just aggravating me

8     that people keep doing it.

9     Q    Yeah.  Well, let's be clear.  It's not

10    necessarily illegal to be doing that.  Let's just

11    be clear.  You understand that.

12         But when you said the stack got to this

13    high -- and I know we have a video here, but the

14    court reporter can't record a measurement when you

15    say "this."

16         So in inches, how high is your stack?

17    A    Probably two inches.

18    Q    Two inches.

19    A    And since filing this suit, the new stack

20    is about an inch tall already.

21    Q    Okay.

22    A    So the problem is getting worse, not

23    better.

24    Q    And to the extent there is any blame to

1  be had for that so-called problem, do you

2  acknowledge any blame arising out of the fact that

3  you had your fax number in a public directory for

4  at least a couple years?

5      A    The fact that I have a fax number and I

6  let people see it doesn't necessarily mean I want

7  to get faxes -- unsolicited advertisement.  I

8  don't want that.  So one has nothing to do with

9  the other.

10          I mean, you can get a hold of anybody's

11 phone number these days on the internet.  My cell

12 phone, I blocked my cell phone number, so my

13 clients don't get it.  I don't want them to call

14 me on my cell phone number.  But sometimes they

15 get a hold of it anyway.

16     Q    Yeah.

17     A    And once they do, they never let it go.

18     Q    Well, of course we all get unwanted

19 calls, but the fact that it is necessarily

20 unwanted, does not necessarily mean it is illegal.

21          You understand that, correct?

22     A    I understand that.

23     Q    Okay.

24     A    I just don't want to pay for someone

Page 106

1   else's advertisement.  If they mailed it to me, I

2   wouldn't have given it a second thought.

3        Q    Yeah.  But if it was such a concern for

4   you, you could have called up Grainger and said:

5   Don't send any more.  You could have called up

6   AT&T and said:  Absolutely take that number out of

7   the directory.

8             But you didn't do any of that.  At

9   least -- well, you didn't do that ever for

10  Grainger.  And apparently it took you a year or

11  two for the AT&T directory.  Correct?

12       A    Only because I wasn't really aware of it

13  until a certain point, and then we did take care

14  of it.  But the book's out there, so it's hard to

15  undo it.

16       Q    I guess that's true.  Once you put your

17  number out there, in this day of electronics, it's

18  hard to undo it.

19       A    It is.

20       Q    Yeah.

21            MR. ANDERSON:  Okay.  I think that's all

22       I have.

23            Thank you for your time today.

24            THE WITNESS:  You're welcome.

Page 107

1              MR. SMITH:  I don't have any questions.

2              We'll reserve signature.

3              THE VIDEOGRAPHER:  The time is

4       12:56 p.m., this concludes today's deposition.

5              We're off the record.

6                   (WITNESS EXCUSED)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
                                              Page 108
```

1  STATE OF ILLINOIS )

                    ) SS:

2  COUNTY OF C O O K )

3

4          The within and foregoing deposition of

5  the aforementioned witness was taken before

6  MARIA S. WINN, CSR, RPR and CRR, at the place,

7  date and time aforementioned.

8          There were present during the taking of

9  the deposition the previously named counsel.

10          The said witness was first duly sworn and

11  was then examined upon oral interrogatories; the

12  questions and answers were taken down in shorthand

13  by the undersigned, acting as stenographer; and

14  the within and foregoing is a true, accurate and

15  complete record of all of the questions asked of

16  and answers made by the aforementioned witness, at

17  the time and place hereinabove referred to.

18          The signature of the witness was not

19  waived, and the deposition was submitted,

20  pursuant to Rule 30(e) and 32(d)4 of the Rules

21  of Civil Procedure for the United States District

22  Courts, to the deponent per copy of the attached

23  letter.

24

Page 109

1          The undersigned is not interested in the

2    within case, nor of kin or counsel to any of the

3    parties.

4          In witness whereof, I have hereunto set

5    my hand and seal of office this day, November 19,

6    2013.

7

8

9                              _____

10

11   CSR No. 084-003784 - Expiration Date: May 31, 2015

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 110

1         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION
3

DAVID DAVIES d/b/a DAVIES HOME  )
4    SERVICES, individually and as   )
the representative of a class of)
5    similarly-situated persons,     )
                                 )
6              Plaintiffs,          )
                                 )
7      vs.                         ) No. 13-cv-03546
                                 )
8    W.W. GRAINGER, INC., and JOHN   )
DOES 1-12,                       )
9                                 )
              Defendants.          )
10
11
12          I certify that I have read the foregoing
13    transcript of my deposition given at the time and
14    place aforesaid, consisting of Pages 1 to 107,
15    inclusive, and I do again subscribe and make oath
16    that the same is a true, correct, and complete
17    transcript of my deposition so given as aforesaid,
18    and includes changes, if any, so made by me.
19
20                        _____
21                        DAVID DAVIES
22
SUBSCRIBED AND SWORN TO before me this
23    _____ day of _____, 20__.
_____
24    Notary Public

**[& - account]**

## &

**&** 1:19 2:3,8 4:6,23
15:10 27:11 28:6
29:12

## 0

**001** 3:18 98:18 99:8
**011** 99:12
**018** 3:18 98:18
**03546** 1:8 110:7
**084-003784** 109:11

## 1

**1** 3:10,11 31:10,16
32:23 33:10,22
34:18 36:16 38:5
42:1 54:14 67:6
72:5 91:23 94:16
97:22 110:14
**1,500** 25:1
**1-12** 1:10 110:8
**1-2-3** 71:24 72:19
92:17,17,20 93:15
93:18,22 94:20
95:19
**1-5** 18:16,17
**1-866-404-3933**
35:10
**1-888-739-4920** 35:7
**10** 3:14 88:10
**100** 25:14 87:23
88:10
**100,000** 57:14
**1000** 2:4
**107** 110:14
**10:00** 5:11 6:13
**11** 85:1 99:9
**1118** 5:8 64:22
**11:29** 53:10
**11:40** 53:16
**12** 30:19
**12:24** 90:9
**12:37** 90:15
**12:56** 107:4

**13** 1:8 41:21 59:18
110:7
**134** 2:4
**14** 44:23 52:15
**15** 6:7 9:11 18:5,14
18:15 23:20 24:11
26:17 41:23 50:10
56:21 62:4 63:11
**16** 41:20 60:9
**1732** 35:7
**18** 8:4 84:17
**19** 109:5
**1958** 8:4
**1994** 41:20 42:15
43:3 44:6 60:9
**1995** 41:20,21,21
**1997** 41:21
**1dgx4** 55:5 56:3,20
56:23

## 2

**2** 3:13 40:19,21,23
41:20,22 53:21
54:13 58:1 61:14
69:17 70:16 75:3
83:13 91:23
**20** 6:8,8 110:23
**20/20** 36:10
**200** 25:14
**2000** 41:22 59:18
99:24
**2001** 41:22 59:5
**2004** 99:24
**2005** 41:22 50:18
58:1
**2007** 70:9 74:21
75:3,23 86:12
**2008** 41:23 43:3,19
44:6 50:10,15 56:1
56:21 57:3 62:3,4
63:4,11 75:19,19
99:16,24 102:9
**2009** 42:2 94:17,18
94:20 95:3 96:5
102:9

**2013** 1:22 99:23
100:3 109:6
**2015** 109:11
**221.27** 63:11
**25** 3:12 87:22
**2500** 25:15
**28** 8:21 15:8,17
16:17 41:21 43:24
46:19 49:23 52:18
63:18

## 3

**3** 3:17 54:2 70:5,16
91:23 98:3,5,15
99:9,20
**3,000** 58:15
**30** 35:11 91:10,11
108:20
**300** 97:19
**31** 3:10 41:21,22
59:4 109:11
**312** 2:5,10 15:11
**32** 108:20
**35** 1:20 2:9 4:7
**3500** 1:20
**36** 15:10
**3738** 72:11 92:14
96:20
**3741** 72:11
**3we70** 57:22

## 4

**4** 75:18 108:20
**40** 3:13
**4600** 2:9
**4c704** 60:3
**4m218** 59:1

## 5

**5** 3:7 75:20 83:12
**5-0** 18:15
**500** 25:1
**558-5600** 2:10
**558-5858** 15:11
**5k917** 59:12,13

## 6

**6** 1:21 4:3 61:13
**6/7/13** 3:15
**60068** 71:3,7
**60601** 2:10
**60602** 2:4
**658-5500** 2:5

## 7

**7** 70:9
**78** 7:23

## 8

**8** 41:20 54:18
**824** 9:4 64:19 71:3,6
**825** 9:8
**825-3471** 91:21
**825-3738** 15:15
65:21 71:8
**825-3741** 15:5,14
71:4,13 72:23 78:14
96:22
**847** 15:5,14,15
65:21
**8th** 42:16

## 9

**9** 54:14 61:13
**98** 3:17
**9:15** 6:18

## a

**a.m.** 1:21 4:4 53:10
53:16
**abandoned** 95:6
96:19
**abc** 17:8
**ability** 93:22
**able** 12:1 47:3 54:1
60:10
**absolutely** 57:1
106:6
**abuse** 81:13
**account** 41:7,15
52:20 64:7 66:5,8
66:16 79:8,23

**accounts** 51:12,13
79:12 80:3,6,17
**accurate** 52:23
108:14
**accurately** 12:1,15
42:6
**ace** 17:8
**acknowledge** 105:2
**act** 9:21 10:18 18:13
18:21 19:1 23:19
24:12,14 26:2,14,17
27:14,19,19 28:3,11
28:19 29:2,8,16,22
30:4,9,14 31:3
**acting** 108:13
**activate** 72:20
**activity** 43:5
**acts** 11:14
**ad** 3:12 34:21 74:23
84:6,8 99:10
**add** 85:5 102:23
**addition** 15:13
26:13
**address** 5:7 9:3,10
46:5 64:17,18,20,21
83:3 86:7,11
**admonition** 101:5
**advertise** 84:18
**advertisement** 13:7
34:15 85:3 105:7
106:1
**advertising** 3:18
14:9 20:7 31:20
32:12,14 73:15 83:4
85:8,14 86:20 99:1
**affirm** 57:8
**afford** 83:24 85:2
**aforementioned**
108:5,7,16
**aforesaid** 110:14,17
**agency** 16:5
**aggravated** 38:17
39:2
**aggravates** 38:18

**aggravating** 19:14
20:21,22,23 24:16
39:9 104:7
**ago** 10:7 18:5 20:19
44:4 45:11 47:10
57:12,13 59:6,19
61:11 79:19 86:17
91:7 94:5 95:5,7
**ahold** 92:7 94:12
**aimee** 2:16
**air** 65:10
**allow** 64:13 66:10
**amazon.com** 45:19
**america** 29:13
**amount** 19:22 39:3
39:20
**amounts** 24:22
**anderson** 2:9 3:7
4:18,19 5:5 6:15,19
6:20 21:4 24:3
31:12,17 38:14,21
40:18,22 42:9,12
53:2,8,18 54:6,11
68:18,22 69:2,9,15
82:10 88:3,5,21
89:1 90:4,17 98:2,8
98:13 106:21
**answer** 11:20 12:7
12:10,20 35:1 95:17
**answering** 72:15
74:14 92:11,15 95:6
95:16 96:19
**answers** 101:24
108:12,16
**anxious** 19:23
**anybody** 5:20 21:8
**anybody's** 105:10
**anymore** 14:20
22:12 37:5 92:5
96:16
**anyway** 70:14 80:7
105:15
**apologize** 6:13 7:22
**apparently** 69:5
91:11 106:10

**appear** 98:17
**appeared** 2:6,12
**appears** 28:23 29:10
**applications** 79:8
**appreciate** 35:17
42:22
**approaching** 15:9
**approved** 73:24
**approximately** 4:4
20:19 53:10,16 90:9
90:15
**april** 41:21
**arbitration** 10:15,19
10:24
**area** 14:6 70:9,11,12
**arising** 105:2
**arrested** 9:12,15
**arrived** 5:12
**aside** 19:5,12
**asked** 23:6 63:21
76:15 91:23 101:23
102:19 108:15
**asking** 16:12 38:14
66:10 68:24 69:2,3
81:24
**assigns** 73:13
**associate** 2:17
**associated** 11:10
**association** 29:13
**assumes** 21:2
**assuming** 52:23
**at&t** 70:7,15 73:8
73:10 75:8 76:12,15
76:22 78:2,17 82:12
84:11,19 95:10
106:6,11
**attached** 108:22
**attachments** 3:15
**attempt** 47:9 61:7
64:19
**attention** 32:23
54:17 104:6
**attorney** 5:23 6:6
16:5 33:7

**attorneys** 4:13
**attracted** 14:3
**authorized** 51:20
**automatically** 73:19
93:3,5,11,12,13
96:23
**availed** 97:11
**avenue** 5:8
**aware** 9:18 30:20
74:1,4 76:7,9 77:8
89:10 102:13
106:12

**b**

**b** 1:5 27:3 29:5 30:2
55:9 56:4 60:7
110:3
**bachelor** 7:17
**back** 16:12 43:17,18
48:13 49:17,20
53:16 60:2 67:6
69:24 77:22 81:14
86:21 90:15,18
92:13 94:9,18 103:8
**backed** 5:14
**background** 7:10
15:20
**backgrounds** 39:12
**bad** 46:23
**badaro** 27:3
**bankruptcy** 16:1
**basically** 10:12 11:4
11:17 51:1 76:12
93:23 99:9 101:24
**bathroom** 47:21,24
50:24 59:9 60:17,20
**bathrooms** 17:13
**beck** 6:5,16
**becoming** 18:20
**behalf** 2:6,12 62:23
63:9
**believe** 7:23 14:10
18:14 19:7,23 22:7
22:20 25:1 27:9,16
28:4,12,17 29:3,9

29:18,23 30:10
33:16 38:1 43:7
45:8 46:8,10 56:21
66:7
**bell**  28:16 60:11
61:8 63:14
**benefit**  19:16
**best**  12:21 38:4,8
45:10 84:4 95:1
**better**  16:4,9,13
36:8,8 80:22 104:23
**beyond**  34:14
**bid**  48:15,17
**big**  37:10 76:24
90:22
**bill**  48:13 49:4,5,7
51:14,16
**billed**  64:7
**bills**  49:8,8
**birth**  8:3
**bit**  12:17 14:2 19:21
93:1
**black**  38:19 39:3,10
39:12,18
**blame**  104:24 105:2
**blanket**  57:23 58:3
58:11,11,21 66:21
67:15
**blast**  87:15 89:7
**blasted**  88:9
**blocked**  105:12
**bock**  2:3 4:23
**bockhatchllc.com**
2:5
**bolded**  83:7,10
**bolden**  29:5
**book**  13:8,18,23,24
14:9 67:22 70:10
73:11 74:7 75:13
77:2,6 84:7 96:7
98:22
**book's**  106:14
**booked**  10:20
**born**  103:3

**boss**  11:17
**bothered**  103:21
**bothers**  87:12 88:16
**bottom**  21:13 23:15
35:2 37:10 57:21
58:23,24 59:12
**bought**  18:5 47:10
47:19 49:20 57:14
58:5 65:10,14 67:1
**box**  89:8,10,13,15
**break**  53:3 55:20
90:4
**broan**  55:9 56:4
60:7,14 61:7
**broken**  63:21
**brought**  35:22 104:6
**bryant**  28:1
**build**  65:8
**building**  29:12
**built**  16:22
**bureau**  16:4,9,13
**business**  8:5,8,14,20
9:3 11:11,13 13:5,6
15:13,21,24 16:4,9
16:13,17 17:6,16,20
18:3 26:12 38:24
41:13 42:18 43:11
43:12 44:2 47:15
51:19,20,21 61:23
62:21 64:18 65:7,22
66:17 70:22 77:3
79:1 80:5,22 81:5
83:16 85:1 90:21
100:16
**businesses**  16:6
**businessman**  69:5
97:7
**busse**  9:4,8 14:15
64:19 71:3,6
**buy**  20:5 39:7,9,21
40:7 47:15 48:13
63:21 65:7,8,11,12
**buying**  18:7 47:11
58:7

# c

**c**  30:1 108:2
**call**  5:20,22 10:16
20:24 21:8,14 35:7
37:16 44:24 67:19
72:16,23 74:6,16,17
75:23 76:4 84:13
91:22 92:9,13 94:12
96:22 105:13
**called**  5:23 8:6
13:19 23:6 27:2,10
27:22 28:5,14,22
29:4,11,19 30:6,11
55:9 63:20 67:4,14
75:7,24 87:8 105:1
106:4,5
**calling**  22:1,11
67:10 77:14 95:11
**calls**  22:17,19 23:12
38:12 74:5,10,11,21
75:5 77:1,2,5,13
78:11 92:10 94:11
105:19
**canal**  30:1
**canceled**  10:22
**cannon**  30:7
**caption**  4:8
**card**  51:18 79:1 80:5
90:21
**cards**  32:14
**care**  92:16 106:13
**cartridge**  39:23
**case**  4:8,21 6:7 9:21
26:21 27:13,14 28:3
28:9,11,19 29:2,8
29:15,17,22 30:4,9
30:14 37:8,9,12,20
42:7 43:8 47:17
77:21 109:2
**cases**  10:18 18:13,17
18:22 19:2 23:20
24:12,20 25:11,16
25:17,20 26:2,14,17
26:17 27:6 31:3,5

37:18
**cash**  63:1,2,12,12
64:9,14
**catalog**  46:15,17
47:5
**catalogs**  32:13
**categories**  84:1,3,4
**ceiling**  50:24
**cell**  5:16 7:20 82:9
105:11,12,14
**cereal**  24:6
**certain**  26:16 65:17
106:13
**certainly**  43:1 77:6
**certify**  110:12
**cetera**  29:6,6,14,14
**chain**  3:15
**chance**  40:13
**chandelier**  66:14
**change**  96:13 100:1
100:9
**changed**  86:14,15
96:12
**changes**  24:17
102:15 110:18
**characterization**
51:2
**characterize**  45:1
**charge**  66:4
**check**  51:17,19,20
63:2,13 64:9 80:5
**checkbook**  65:24
**checking**  99:4
**checks**  51:21
**chicago**  1:20 2:4,10
18:18
**children**  7:8
**chose**  11:6 81:9
**chronologically**
55:18
**chronology**  55:22
**circuit**  27:4,11 28:7
28:24
**civil**  1:17 108:21

clarification 57:5
class 1:6 25:18,19
110:4
clean 100:24
clear 68:20 69:12
104:9,11
client 17:15
clients 86:21 92:6
105:13
clue 56:8 60:1
code 42:20 70:11
92:20 93:9,14 94:20
95:18
codes 70:9
colleague 56:14
collect 49:7
collecting 20:17
21:6,7 22:24 101:13
collector 32:11,15
college 7:12 8:1,2
column 41:7 54:22
62:7
come 6:11 96:16
97:17 102:23
comes 33:17 34:1
91:14
coming 93:3
command 69:6
commencing 1:21
commerce 45:16
commercial 8:19
13:4 16:24
communicating
22:14
communication
68:12
communications
81:16 82:5 101:6
companies 52:16
80:16 100:14
company 11:15,15
14:11 15:24 40:12
42:13 43:4 44:6
52:9,21 55:9 56:1,4
57:3 58:1 59:4,17

60:7,9 62:3 64:7,15
71:13 72:24 73:4,13
80:18 85:14,22 86:7
99:2
company's 57:2
71:12
complaining 19:20
complaints 16:4
complete 8:18
108:15 110:16
completed 12:18
completes 101:19
comply 35:10
computer 32:1 33:9
34:12,16 91:14
104:3
concept 46:22 91:17
concepts 27:11
concern 106:3
concerned 34:19
concludes 107:4
conclusion 38:13,15
69:1,3
conduct 16:6
confer 30:22
conference 27:24
confusing 13:11
conscious 97:7
consent 89:9
consider 89:6
considered 13:16
consisting 110:14
construction 7:18
16:20 17:12 27:10
27:23 29:12 48:1
consulting 27:11
consumed 19:23
consumer 9:20
10:18 18:12,21 19:1
23:19 24:11,14 26:2
26:14,17 27:14,18
28:2,11,19 29:1,7
29:16,21 30:3,8,13
31:2

contact 46:1,5 79:9
contacted 16:9,13
16:14
content 15:21
context 42:11
continue 22:15
contract 10:22 11:3
14:22 48:20 77:18
77:20,22 80:13
contracting 8:16
28:7 86:23
contractor 8:15
48:11
contractor's 64:3
contracts 78:18
convicted 9:13,14
cook 27:4,12 28:7
28:24
copied 70:6,8
copier 39:24 40:3
copies 41:2 100:18
copy 31:12 61:17
90:20 98:6,10
108:22
corner 54:15
corporation 8:10
correct 8:6,13 14:17
17:1 18:4 34:23
36:10,16 37:6,21,22
38:7 40:4 52:2 57:1
65:23 68:23 69:12
70:11 71:9 72:15
73:9,16 74:21 76:5
76:6,13 77:11 78:6
78:18 81:10,17 82:2
82:6,7 88:19 92:22
93:16 95:12,23 96:1
97:1,5 105:21
106:11 110:16
corrected 36:7
56:14
correction 75:17
76:19 102:11
corrections 102:4

correctly 86:2 102:6
correspondence
35:9 101:8
corresponds 55:18
56:21 57:23 59:3,16
60:7 74:23
cost 97:7
counsel 2:17 108:9
109:2
counted 20:2
countries 97:17
county 27:4,12 28:8
28:24 108:2
couple 12:4 13:20
18:23 31:19 57:20
67:8 76:11 84:21
105:4
course 18:3 26:21
35:24 43:2,4 44:23
46:18 47:23 65:16
78:1 88:18 94:11
105:18
court 1:1 4:10,15
10:3,11 11:12 12:15
27:4,12 28:7,24
101:21,21 102:4
104:14 110:1
courts 1:18 108:22
cover 75:18 90:6
covered 17:3 80:10
97:19
crazy 104:5
created 62:1
creating 91:12
credit 51:18 66:5,7
80:5
crescent 5:8 64:22
crime 9:13,14
critical 102:20
crr 1:16 108:6
csr 1:16 108:6
109:11
currency 63:3
current 50:15,19

**currently** 97:4
**custom** 34:1 37:14
　51:10
**customer** 10:2,4
　14:21 17:17 40:12
　41:7,15 44:24 46:1
　48:19 49:5,7 61:23
　63:17,18 64:13,24
　79:8 87:15 89:7
**customers** 17:4 48:1
　66:14 87:6 88:9,12
**cv** 1:8 110:7

**d**

**d** 1:5 3:1 27:3 28:6
　29:5 30:2 108:20
　110:3
**date** 4:3 8:3 10:11
　25:8 41:20 42:3,4
　62:5,8,12,15 108:7
　109:11
**dated** 55:21 58:1
　70:8 75:3 94:17
**dates** 33:17 102:21
　102:22 103:1,4
**daughter** 91:3,7
**david** 1:5,15 3:4 4:8
　4:12 5:1,8 10:7 11:7
　27:2,10,23 28:5,14
　28:22 29:4,11,19,24
　30:6,11 110:3,21
**davies** 1:5,5,15 3:4
　3:18 4:8,12 5:1,6,8
　5:10 6:21 8:6,23
　9:13 19:10 20:18
　24:10 26:22 27:2,10
　27:23 28:6,10,14,22
　29:4,11,19,24 30:6
　30:11 31:9,10,15
　36:3,20 38:11 39:5
　40:18,20 41:12
　42:13 43:13 53:19
　54:16 62:23 63:9
　64:8 70:19 71:2,6
　84:16 90:18 92:13

**98**:4,16,18 99:8,11
　100:18 101:20
　110:3,3,21
**davieshomeservices**
　86:10
**davieshomeservic...**
　85:24 86:4
**day** 35:24 102:19
　103:22,22 106:17
　109:5 110:23
**days** 35:11 105:11
**deal** 84:14 95:21
**dealing** 37:15
**december** 86:24
**decided** 24:13
**decision** 73:14
**defendant** 2:12 4:20
**defendants** 1:11
　110:9
**defining** 24:2
**degree** 7:19
**degrees** 7:14 58:15
**dehumidifier** 56:22
　56:24 57:4 63:7,13
　63:21 65:6,9
**delay** 6:14
**deny** 57:8
**dep** 6:12
**depend** 103:1
**depending** 91:24
**deponent** 108:22
**deposit** 16:10,14
**deposition** 1:15 3:9
　4:5 5:11 12:23 31:2
　107:4 108:4,9,19
　110:13,17
**depositions** 1:19
**depot** 17:7 66:15
　79:6
**describe** 38:15
**desire** 23:20
**desk** 14:14 32:1
　33:9 67:19
**detail** 3:18 92:4

**details** 47:2,4 86:23
　102:21,22
**devised** 74:15
**dex** 13:8,12 41:2
　69:21 84:11,12,13
　84:19
**dialed** 71:19
**different** 25:11
　73:18 84:2,3
**difficult** 50:6
**directories** 76:13,23
　78:17 80:12
**directory** 3:18 75:2
　78:2 82:13 83:16
　95:10,23 105:3
　106:7,11
**disagree** 42:17
**discard** 23:2
**discount** 64:2,3,16
　87:7,20 97:10,12
**display** 61:24 62:1
**disposed** 31:7
**disputes** 16:3
**distributors** 30:12
**district** 1:1,2,18
　4:10,11 108:21
　110:1,1
**division** 1:3 110:2
**document** 3:11,14
　31:15 40:20 42:10
　42:11 61:12 62:8,10
　62:15 70:5,6 98:4
**documents** 69:22
　98:16,19
**doing** 21:19 22:6,19
　35:21 46:7 79:19
　81:18 84:15 88:15
　104:8,10
**domain** 80:9,11 81:8
　81:12
**doubting** 67:3
**downstairs** 6:10
**drive** 1:20 2:9 4:7
**driver's** 9:17

**driving** 9:17
**duly** 5:2 108:10
**dunn** 28:6

**e**

**e** 3:1 6:15 22:14
　23:7 24:5 28:15,15
　29:5 45:16 86:7,8
　86:11,19,21 87:15
　88:1,7 89:7,8,10,11
　89:13,21,23 108:20
**earlier** 60:19
**earliest** 60:10
**easiest** 32:8
**eastern** 1:3 110:2
**educational** 7:10
**effect** 94:20 96:11
**effort** 39:16
**either** 12:16 19:18
　63:2 84:11
**elaborate** 92:24
**elected** 37:20
**electrician** 48:6
**electricians** 48:24
**electronics** 106:17
**eliminated** 96:14
**else's** 19:16,16 20:7
　20:10 106:1
**email** 3:15 86:6
**emailed** 6:5
**employees** 9:1,2
　43:15 51:5,24 52:3
**engaged** 43:4 56:2
**engagement** 26:8
**english** 36:24 68:8
　69:6
**enter** 35:7
**enterprises** 28:14,15
**entire** 87:15
**entitled** 61:23
**entries** 70:15,18
**entry** 60:3 71:2,5
**equipment** 58:12
**erase** 89:21

[error - general]                                                          Page 6

error  21:14
errors  99:5
established  39:16
et  29:6,6,14,14
event  58:19 61:6
  68:3 76:10
everybody  32:13
evidence  21:3 42:7
ex  16:11
exact  39:20 47:4
  83:12
exactly  50:12 65:5
  82:12 96:13
examination  5:4
examined  3:6 5:2
  108:11
example  99:10
exclusively  6:7
  71:16
excuse  7:21
excused  107:6
exercise  35:23 37:20
  102:15
exhaust  18:6 47:11
  60:15,17,17
exhibit  3:10,13,17
  31:10,16 32:23
  33:10,22 34:18,20
  36:16 38:5 40:19,21
  40:23,24 42:1 53:21
  54:13 61:14 67:6
  69:17 70:16 75:3,15
  83:13 94:16 97:22
  98:3,5,15 99:9,20
exhibits  3:9
expect  34:16 54:23
expecting  34:14
expenses  97:19
expensive  20:6 39:8
experience  24:12
  37:3
experienced  69:4
expiration  109:11
explain  42:3 92:3
  100:6

explore  52:12
exploring  52:6,8
  78:12,15 80:7
expo  27:23
expressway  5:14
extension  35:7
extent  104:24
extra  98:6

f

f  28:15
facebook  85:10
fact  37:2 92:20
  95:22 96:5 105:2,5
  105:19
facts  21:3
failure  35:10
fair  13:13 30:24
  33:18 51:2 67:5,5
  67:23 80:1 85:21
  96:6 101:17
familiar  13:21
fan  18:6 47:11,21
  50:24,24 55:8 56:3
  56:10,17 59:9 60:6
  60:13,15,17,20,21
  60:23,23 61:6
fans  47:24
far  34:18 42:8 49:20
  83:17 91:12
fashioned  23:8
fault  47:1 59:7
faulting  47:6 57:12
fax  3:12 14:11,18,23
  14:24 15:3,7 19:7
  20:10,13 21:13,14
  23:7,10 25:2 32:7
  33:4,15,16,21 34:1
  34:1,2,11 35:2,8,9
  37:5,8,16,24 38:6
  38:11,18,23 39:1
  40:2 42:1,3 67:7,24
  68:11,12 69:8,10
  71:12,13,16,19,24
  72:1,6,18,20,24

76:12,16,16,23
77:15,16,17,20,22
78:1,3,5,6,9,14,21
78:22,23 79:10 80:8
81:1,7,16 82:4,13
88:20,21 90:24
91:20,21 92:1,9,16
92:21 93:3,4,5,13
93:18,21,22 94:7,13
94:17 95:9,12,14,18
95:22 96:5,17,17,24
97:9 105:3,5
faxes  19:9 20:18
  21:1,7,17,21,24
  22:12,23 23:16
  31:22 33:6 35:4,6
  37:3,6,15,17 74:12
  77:11,12 101:13
  103:7 105:7
faxing  22:13,16 93:1
february  41:20 60:9
federal  1:17
feel  13:24 96:15
fetter  28:14
field  44:3
figure  52:20 103:4
file  24:11 41:15
  67:16,18 104:2
filed  27:3,11 28:7,24
  49:21
filing  104:19
fill  79:8 89:15
filled  45:24 79:23
finally  94:12 101:11
find  33:10 50:6
  61:17 65:18 72:8
  85:19
finish  12:11
finished  12:7,19
firm  4:23 26:1,3,9
  26:11
first  5:2 10:6 13:2
  31:1 33:23 71:22
  77:6 84:24 108:10

five  6:10 9:2 46:24
  53:3 57:11
flame  58:17
flooring  28:23
florida  97:18
fluent  91:11,13
flyers  32:15
following  53:13
  90:12
follows  5:3
forefront  86:15
foregoing  108:4,14
  110:12
foreign  97:17
forget  20:20
form  21:2 23:23
  38:12 42:5 68:16,21
formal  49:18 85:14
forms  32:12
forth  28:1 41:9
  86:22
found  20:20 67:21
four  7:13 45:11
  80:19,20 86:16 95:5
  95:7 100:10
fourth  62:7 80:16
frame  95:9
free  83:14,17
frequent  80:4
front  13:17 49:11
  61:19 69:18 98:14
frustrating  20:5
full  5:7 9:2 10:3
functions  72:2
furnace  65:10
further  94:23 103:9
future  37:17

g

garages  16:22
garbage  32:20
general  2:17 8:15,16
  15:20 16:5 48:11
  68:10 89:4

**generally** 48:3 80:4
  100:1
**generator** 17:23
  44:14,19,20 45:4
  47:9
**getting** 5:13 19:3
  22:18 67:6 74:9,20
  77:10,13 81:14
  104:22
**give** 5:6 9:6 65:24
  79:9 83:22 92:14
**given** 12:23 16:10
  78:22 80:15 106:2
  110:13,17
**gives** 64:4
**giving** 46:9
**glanced** 34:20
**glancing** 34:10
**glasses** 35:16,23,24
  36:3,7,9,14,19
  62:17,19
**gloria** 7:5
**gmail** 86:14
**gmail.com.** 86:10
**go** 17:22 19:15
  32:20 38:19 39:9,21
  45:3,17,19 47:16
  48:10 55:11 63:23
  66:15,23 79:5,6
  84:21 85:23 92:10
  93:3 98:10,23 99:7
  99:8 100:23 103:8
  105:17
**goes** 60:15 101:6
**going** 9:21 12:1 41:3
  49:20 53:2,10,19,23
  54:7,16 55:1 56:15
  82:18 88:17 90:5,9
  94:22 95:4 101:2,21
  101:22 103:16
**good** 4:1,18 58:15
  63:18 68:8 69:6
  81:5 86:17 90:7
  103:1

**gotten** 19:8 46:18
**graduated** 7:11,23
**grainger** 1:9 2:16
  4:9,20 17:15 18:3
  22:7,8,10 26:22
  35:4 37:20 38:2,7
  38:23 40:13 41:13
  43:5 44:14,16 45:5
  45:12,24 46:17 47:8
  47:16,18 49:12
  50:21 51:6 54:21
  55:11 57:24 58:8
  59:4,18 60:8 61:22
  62:3,24 63:10,24
  64:4 66:8,23 67:7
  67:11,11,14,15 79:7
  79:14,24 81:15,17
  82:4 88:18 94:17
  96:5 97:9,21 101:7
  106:4,10 110:8
**grainger's** 22:19
**granger** 35:6
**grateful** 100:12,17
**gratuitous** 35:19
**great** 54:10
**greenberg** 10:5
**ground** 32:9
**group** 27:3,3 29:13
**grove** 45:8
**guess** 86:2 103:11
  103:21 106:16
**guessing** 49:2 58:10
  64:1 65:13

**h**

**half** 5:12 10:12,13
**hand** 41:7 53:24
  54:7,15,18,18 95:17
  109:5
**handpicked** 87:16
**handwritten** 54:14
**hang** 98:8
**happen** 47:3 52:13
  57:16

**happened** 10:9
  33:20 34:19 79:17
  103:3
**happens** 93:6,9
**happy** 87:8
**hard** 20:3 94:4
  102:21 106:14,18
**hardware** 17:8
**hatch** 2:3 4:24
**hate** 39:11 50:5
**hear** 19:20,23 33:21
  93:4,16,17,21
**heard** 21:18 23:5
  24:21 89:17,19
**heating** 65:10
**held** 4:5 53:14 90:13
**help** 22:5,18 75:4
**hereinabove** 108:17
**hereunto** 109:4
**high** 7:11 44:4
  104:13,16
**highlighted** 70:14
  83:3
**highway** 9:4,8 14:15
  64:19 71:3,6
**hit** 89:15 93:18
**hm** 11:18 16:16 36:5
  44:10 87:19 96:2
**hold** 105:10,15
**holy** 102:9
**home** 1:5 8:6,18,23
  13:4,19,21 14:9
  16:18 17:7 62:23
  63:9 64:9,20,21
  66:15,15 71:2,6
  79:6 85:23 87:20
  90:23 92:13 99:11
  100:23 110:3
**homedepot.com**
  45:18
**honestly** 35:15
**hooked** 72:14 74:15
  92:11
**hour** 5:12 53:3

**hours** 5:15
**house** 10:20,21
**houses** 16:23
**huge** 24:22
**huh** 89:24 96:9
**human** 93:7,8
**husband** 16:11
**hvac** 59:2 61:3
**hypothetically**
  102:8

**i**

**idea** 42:19
**identification** 31:11
  31:16 32:24 40:19
  40:21 54:13 61:14
  70:17 98:3,5,15
**identify** 4:13
**illegal** 104:7,10
  105:20
**illinois** 1:2,21 2:4,10
  4:11 5:9 16:5,7
  108:1 110:1
**immeasurable** 39:3
  39:6,15
**important** 12:9
  102:2
**inbox** 89:24
**inch** 84:6,8 104:20
**inches** 104:16,17,18
**inclined** 72:24
**include** 70:11
**included** 80:18
  99:20
**includes** 40:24 41:2
  48:21 110:18
**including** 63:12
  79:9
**inclusive** 110:15
**incoming** 19:9 20:17
  31:22 74:11
**incorporated** 8:8
**indicate** 37:23
**indicating** 32:2,7

**individually** 1:5
  110:4
**industry** 29:12
**infer** 15:22
**inform** 74:16
**informal** 49:18
**information** 46:6,9
  50:11 69:11 79:9,23
  80:18 85:18,19
  100:15
**inherently** 97:23
**initially** 22:17
**initiated** 52:21
**injured** 38:10,17
**ink** 19:4,15,18,21,22
  20:4,5,9,12 38:19
  39:3,7,10,18,21,22
  39:23 40:7
**installed** 47:23
**instance** 23:6
**instructions** 35:3
**insurance** 29:11
**intended** 14:21
**intercept** 95:14
**interested** 109:1
**interesting** 34:9
**international** 27:24
**internet** 45:17 66:23
  85:23,24 91:1
  105:11
**interrogatories**
  108:11
**interrupt** 38:23
**interruption** 7:20
  82:9
**invoice** 41:8,19
  42:24
**involved** 10:1,19
  26:21 56:2
**involving** 57:3
**iso** 30:1
**issue** 89:22 92:6
**item** 61:23 63:1
**items** 44:22

### j

**james** 2:3
**jim** 2:5 4:22
**job** 10:1 16:11 77:20
**jobs** 13:17
**john** 1:10 110:8
**judge** 10:11
**judging** 86:17
**july** 41:21,21 59:18
**june** 70:9 75:3,19,19

### k

**k** 11:8 108:2
**kanderson** 2:11
**keep** 31:24 81:1
  104:8
**keeper** 90:2
**kennedy** 5:14
**kept** 6:1 31:21
**kick** 93:2,24
**kicked** 93:17
**kid** 103:3
**kids** 85:12,13
**kimball** 2:9 4:19
**kin** 109:2
**kind** 8:16 23:21
  24:19 25:3,21 26:8
  26:12 33:14 47:4,14
  49:2,18 58:16 65:7
  65:11 66:10 68:10
  79:22 83:5 85:7
  86:14,19 87:14,16
  87:19,22 89:16 90:2
  95:8,14 97:12
  100:15,21 101:12
  102:11 103:2,13
**kinds** 46:13
**kinko's** 39:21
**kitchen** 87:1
**kitchens** 17:13
**knew** 27:20 37:7,14
  87:17 104:4
**know** 5:10 11:9
  13:11 16:22 20:4
  21:22 25:5 33:5

34:24 39:21 42:22
43:14 44:13,22
45:14,18 49:1 51:8
52:5 54:24 55:14,14
56:5,9,13 57:11
58:5,22 59:22 60:13
60:16 63:5 64:3
65:16 66:9 67:7
73:17 76:9,10 78:5
79:6 80:22 82:1
83:10,17,23 84:12
85:3,13 86:24 88:22
94:4 95:4,9 100:4
100:20 102:5,18
103:23 104:6,13
**knowledge** 31:7
  38:4 51:6
**knows** 64:24 65:1
  103:2

### l

**l** 24:5 29:5 30:1
**lady** 16:10
**lamps** 30:2
**language** 36:24
  38:16 68:9,19 69:6
**larger** 13:23
**lasalle** 2:4
**late** 5:12 6:8,9
**law** 26:1
**lawsuit** 9:20 10:10
**lawyer** 30:22 41:1
  98:17 100:21,22
  102:14
**lay** 38:16
**leave** 71:23 72:6,16
  91:24 92:15 95:17
**leaving** 97:4
**left** 32:1 41:7 90:22
**legal** 2:18 38:13,14
  68:24 69:3
**letter** 23:8 26:9
  108:23
**lettered** 54:18

**letterhead** 79:3
**license** 9:18
**light** 8:19
**limit** 89:10,12,15
**limits** 89:8
**line** 15:15,16 21:18
  61:23 77:15 78:8,9
  78:10,11 94:8 96:15
  96:20
**list** 21:15 23:7,10
  55:4,17,18 56:17,19
  59:11 60:2 63:6
  67:19,20 73:19
  87:10,15,16 100:14
**listed** 73:22 75:21
  78:2,3 92:8
**listing** 41:5 70:22
  71:7 76:17 83:14,15
  83:17 85:16
**listings** 73:3,5 83:18
  84:6
**lists** 21:21
**litigation** 10:17
**little** 12:17 14:2
  35:23 38:24 73:18
  84:8 85:3 92:3 93:1
  94:23
**live** 7:6 65:1
**llc** 2:3 27:11 29:12
**lll** 29:11
**llp** 1:20 2:8 4:6
**lobby** 6:9
**local** 14:1
**localized** 13:23
**locate** 60:10
**located** 4:6 14:13
**location** 45:3
**log** 33:15
**long** 8:20 9:9 15:6
  59:6 61:11 63:17
  77:9 79:19 84:15
  91:5
**longer** 35:8 91:16
  94:7 96:22 103:8

**look** 26:24 27:5 40:13 41:11 50:8,23 54:2 55:12 69:17,21 69:23 75:20 76:18 85:23 90:5 91:4 98:23 100:19
**looked** 33:8 55:15 55:19 59:1
**looking** 17:22 40:16 53:23 54:8,9 56:11 63:5 67:4 76:20 77:14 82:23
**looks** 99:23
**lost** 11:4
**lot** 13:10 14:20 21:12 22:18 38:18 39:10,22 47:22 67:3 77:5 84:1,2 89:4 97:14,18
**lower** 54:15

**m**

**m** 2:3,16 11:8
**machine** 14:11,19 15:4,7 19:7 32:7 33:16 34:2,11 39:1 40:2,3,5 72:1,15,20 74:15 77:15 78:9 92:11,15,17,21 93:2 93:4,14,24 95:6,16 96:17,19,24
**mail** 6:15 23:7 32:14 32:14 86:7,8,11,19 86:21 87:15 88:1,7 89:7,8,10,11,13
**mailed** 106:1
**mailing** 14:23 22:14
**mails** 89:21,23
**main** 15:15,16 17:9 72:11,12 78:11
**making** 23:8 47:22
**man** 65:10
**management** 27:24
**manager** 11:15

**manufactured** 55:9 56:4 60:6,14 61:7
**march** 41:20,20,22 50:18 58:1
**maria** 1:16 4:15 108:6
**mark** 31:10 40:18 98:2
**marked** 31:15 32:23 33:21 40:20 42:1 53:20 54:2,18 61:13 75:2 97:22 98:4,15
**market** 13:5,14
**marketing** 14:24 23:10 31:20 34:1 38:6 86:20
**married** 7:2
**masons** 49:1
**masters** 29:20
**materials** 17:12 32:15 40:24 51:15 65:8
**matt** 4:2
**matters** 26:12
**matthew** 2:18
**mean** 15:22 24:5,10 25:5,7 37:7 43:18 47:1,3 49:20 50:5 63:2 66:22 67:13 72:6 74:1,19 75:1 76:24 77:4 78:22 79:21 80:24 99:3 105:6,10,20
**meaning** 68:15
**means** 24:1,4
**meant** 24:8 27:20 72:10,11 102:9
**measurable** 39:7
**measure** 39:17
**measurement** 104:14
**media** 13:14,16 85:8
**megabytes** 89:12
**memorize** 54:23

**memory** 30:18
**menards** 17:7 45:6
**mention** 30:21
**mentioned** 64:2 67:10
**message** 71:23 72:17 92:15 97:4
**mind** 103:15
**mine** 63:18
**minute** 9:22 18:9 41:3 53:3
**minutes** 6:8,9,10 89:18
**missed** 92:10
**missing** 26:20
**misspoke** 56:15 102:7
**misspoken** 27:17
**mistake** 72:14
**mistaken** 74:21
**moment** 40:16 41:11
**money** 10:23 11:2 16:12 23:22 24:21 25:7 49:8
**month** 51:14,16 86:24
**months** 18:23
**morning** 4:1,18 6:17
**morton** 45:8
**motivation** 103:20
**motor** 18:6 47:11,22 59:2,9,16,22 60:21 60:24 61:4
**mount** 65:9
**mounted** 60:16
**move** 59:11
**multiple** 72:22
**multipurpose** 40:5
**mystery** 51:1

**n**

**n** 3:1 11:8 28:6,6 29:5 30:1 55:9 56:4 60:7

**name** 4:1,12 5:7 7:4 8:23 10:6 46:5 64:2 64:15 65:14 83:2,5
**named** 108:9
**nature** 8:14 16:16 50:12 88:8
**necessarily** 104:10 105:6,19,20
**need** 11:20 17:21 20:6 71:23 91:8 96:15
**needed** 47:17
**negative** 21:20 88:14
**never** 9:14 16:14 20:2 58:5 65:11 72:10,11 74:4 81:15 82:22 85:19 87:9,11 88:15,19,23 89:17 89:19,21,22 105:17
**new** 16:20,22,23 96:16 104:19
**newspaper** 32:14
**nine** 44:23 52:15
**noise** 47:22
**nolan** 2:16
**nonvalid** 9:17
**norm** 6:5
**north** 2:4
**northern** 1:2 4:10 110:1
**notary** 110:24
**notice** 23:15
**notices** 21:24
**november** 1:21 4:3 109:5
**number** 15:3,7,11 15:16 21:14 26:19 41:7,8,15 42:24 53:24 54:7,20,21 55:5 56:3 57:22,23 59:1,2,15 60:3 62:10 65:20,21 67:12,16,22,24 68:2 69:24 70:3 71:4,8

71:12,14,16,19 72:3
72:9,11,12,16,22
74:6,8,10,17 75:5,8
76:12,16,17,23
77:16,18,21 78:2,3
78:6,13,14,21,23
79:10 80:8 81:1,7
82:13 89:12 91:1,20
91:21,23 92:8,9,9
92:14 94:10,13
95:10,12,22 100:15
105:3,5,11,12,14
106:6,17
**numbered** 54:12,13
69:22 98:18
**numbers** 15:12 35:8
42:20 54:15,24
55:10,15 69:23 73:8
73:10,13 74:20 81:4
95:15

**o**

**o** 27:3 29:5 30:1
55:9 56:4 60:7
108:2,2
**o'hara** 2:18 4:2
**oakton** 45:7
**oath** 6:22 110:15
**object** 23:23 42:5
**objected** 16:11
**objection** 21:2 38:12
68:16,21 69:13
**objects** 58:13
**obtain** 7:19
**obvious** 12:11 35:1
**obviously** 81:4
**occasionally** 79:7
**october** 8:4 41:22
59:4
**offer** 88:8
**offering** 87:6,18
97:18
**offerings** 97:13
**offers** 97:9

**offhand** 80:24
**office** 4:6 14:16 18:6
33:4 47:20,21 49:17
65:22 74:18 77:14
93:21 109:5
**officer** 11:14
**offices** 17:2 22:23
**oh** 7:21 32:21 34:8
49:23 50:2 56:13
62:9,14 92:19
**okay** 5:6,20,22 6:21
7:8,14 9:12,19 10:9
10:17 12:4,8,20
13:4,13 14:8,18
15:19 16:20 17:10
17:14 18:11,20
19:17 20:14,23 22:4
22:10 23:2,3,18
24:4,6,7 25:3,16,19
26:16,20 27:9,22
28:5,13,18 30:24
31:5,9 32:3,18,21
33:5,8,12 34:7,18
34:24 35:22 36:2,9
36:12,14,18,22 37:2
37:11,23 38:22
40:23 41:10,17,18
43:10,20 44:1,11,13
45:9,23 46:4 48:16
49:4,9,9 50:2,8,8,18
51:4,13 52:17 53:1
53:4,5,5,8,19,24
54:4,6,12,19,22
55:2,3,8,17,23
56:20 57:8,16 58:10
58:19,23 59:11 60:2
60:13 61:1,3,6,11
61:17,18,22 62:11
62:16,20 63:1,3
64:6 65:20 66:13,20
67:5,23 68:7,7,19
69:10,16,20 70:2,3
70:21,24 71:11,18
71:21 72:2,5,21
73:3,7,12,21 74:19

75:1,7,18 76:7
77:23 78:12,14,20
79:1,5,17,21 80:7
80:21 82:8,17 83:8
83:18,21 84:15,18
84:21 85:7,10,16,21
86:6,19 87:4 89:11
89:20 90:4,24 91:11
91:19,21 96:3,12,21
97:3,6,16,21 98:1,2
98:14,24 99:6,8,14
100:8,12,20 101:3,5
101:15,16,19,24
102:16,17 104:21
105:23 106:21
**old** 23:8 43:23 91:9
**omega** 29:5
**once** 9:15 16:9 17:22
34:15 87:5 89:14
105:17 106:16
**ones** 17:9 22:20
39:11 51:11 73:14
**online** 66:22 67:3
**open** 80:6
**operate** 8:5
**operating** 8:22
**operation** 58:14
94:3
**opportunity** 82:22
97:10
**opposed** 11:22
**opt** 21:24 23:15
37:16
**opting** 22:1
**option** 37:21 97:3
**oral** 108:11
**order** 35:5 43:11
46:1 52:4 56:18
70:1 87:23
**ordered** 51:24 66:22
67:14
**ordering** 51:5 67:3
**outgoing** 78:11
**outlets** 45:13

**owed** 10:12

**p**

**p.m.** 90:9,15 107:4
**pack** 103:13
**packages** 39:22
**page** 3:6,11,14
36:18 38:11,22 39:4
39:18 41:5 50:23
54:2,9,17,18,20
61:13,13 69:20,22
69:24 70:3,5,16
75:18,18,20 82:21
83:12,23 84:7 85:23
99:9
**pages** 13:9,10,19,21
14:5,9 41:2 53:23
53:24 54:8,12,14
70:7,8,10,15,23
73:4,8,18 77:7
82:20,24,24 83:2
84:19 94:10 110:14
**paid** 10:13 52:21,22
63:1,11 64:9,14
83:4,18 85:20 98:24
**paper** 19:4,15,18,20
19:22 20:4,14,15
**paperwork** 46:1
**pardon** 40:16
**pare** 85:5
**park** 5:9 9:4,8 13:19
14:4,6 70:12 71:3,7
**part** 25:18,19 48:15
48:17 59:1 75:2,15
102:2
**participating** 24:20
**particular** 33:21
34:20 37:19 70:10
**particularly** 23:24
**parties** 4:14 30:2,7
109:3
**partnership** 8:11
**party** 9:19,20
**paul** 28:1

**pay** 10:2 19:4,4 20:6 49:8 51:8,9,17 52:1 73:15,20 80:5 84:5 105:24
**paying** 83:15
**payment** 25:22
**payroll** 48:7
**pending** 18:17 31:6 31:8
**people** 13:24 14:1 21:21 22:1 43:11 58:13 74:16 77:13 77:16,17 78:13,23 79:9 80:15 81:4,12 82:23 87:17 89:5 94:11 95:11 104:8 105:6
**percent** 88:10
**perception** 69:4
**period** 42:15 43:2 44:5
**person** 31:1 39:8 43:21 73:7 87:8
**personalized** 89:3
**personally** 43:13
**persons** 1:6 110:5
**pertaining** 1:18
**phase** 59:16,22
**phone** 5:16 7:20 15:3,6,11,12 23:12 37:5 65:20,21 67:11 67:15,22,24 68:1 71:4,7 72:1,3 73:8 73:12,13 77:2,6 82:9,15,16 89:18 92:8 93:17 96:7 98:22 99:1 100:15 105:11,12,12,14
**pick** 70:3 84:3
**piece** 58:11
**pile** 31:23,24 33:23 34:3,4,11,17,22 101:12
**place** 42:7 75:4 77:6 94:4 95:3 108:6,17

110:14
**places** 63:22 67:19
**plaintiff** 2:6 4:23 18:13,21 19:1 23:19 24:2,14 25:12,17,21 26:18 27:7,15 28:3 28:10,20 29:2,8,16 29:22 30:4,9,14
**plaintiffs** 1:7 26:3 110:6
**please** 5:7 20:24 21:9 23:2 35:6 54:1 76:22 82:4 92:13
**plugged** 96:18
**plumbers** 49:1
**point** 24:15 43:16 75:22 96:21 100:4 103:16 106:13
**portable** 65:6
**possession** 22:22
**possibilities** 52:6,8 80:10,19,20
**possibility** 51:5,7
**possible** 51:23 64:15 65:15 78:13 80:8 81:19,24 94:21,24 96:3,10
**possibly** 52:13 63:13
**post** 32:14
**power** 17:24
**practice** 18:12,21 19:1 23:19 24:11,14 26:2,14,17 28:19 30:4 34:5,6 37:15 51:10 66:11 78:6
**practices** 9:21 27:14 27:19 30:14
**prepare** 101:22
**present** 2:1,15 86:13 108:8
**presented** 69:11
**preserve** 23:3 100:13 101:3,10,14
**press** 71:24 72:5,19 92:17 94:22

**pretty** 26:16 34:5 45:16 69:7 80:2
**previously** 108:9
**price** 48:18 97:11,12
**print** 13:24 39:4,13 87:24 88:4,7 98:23 99:4,7
**printed** 73:11 74:7 74:13 94:9
**printer** 39:24 40:3
**prior** 26:4
**probably** 6:17 39:3 47:23 58:21 63:22 63:23 65:18 67:4,22 73:22 74:13,23 75:12 77:8 80:17 84:17 100:9,11 103:8 104:17
**probing** 24:12
**problem** 5:13 36:15 75:12 76:1,8 77:1,9 96:7 104:22 105:1
**procedure** 1:17 94:19,20 95:2,15,21 96:4 108:21
**proceed** 4:17
**proceedings** 53:14 90:13
**process** 96:12
**produce** 100:21
**produced** 98:17
**product** 45:18,20 54:21,24 56:3 57:22 59:15
**program** 49:18
**project** 66:15 88:11
**promised** 24:19,23 24:24
**prompt** 92:17
**proof** 98:22 99:3,10 99:16
**proofread** 73:23 82:21
**proofs** 98:24 99:17 99:18

**proper** 92:14
**proprietorship** 8:9 8:12
**protect** 58:12
**protection** 27:18 28:3,11 29:2,8,16 29:22 30:9 31:3
**protector** 58:16,17
**providers** 89:11
**prudent** 97:6
**public** 76:17 80:9,11 81:8,12 95:10,23 105:3 110:24
**publicly** 78:2
**published** 76:12
**publishing** 82:12
**pulling** 34:10 38:24
**punch** 91:23 93:9,22 95:18
**punches** 93:14
**purchase** 17:11 43:5 43:21 44:18,19,20 45:4,17,20 46:1 47:9 48:18 49:16 51:1,14 58:20 101:8
**purchased** 18:2 44:7 58:22 99:1,10
**purchases** 42:21 44:23 48:10
**purchasing** 29:13 44:14,16
**purposes** 40:8 72:22 72:23
**pursuant** 1:17 33:24 108:20
**put** 19:6 32:9 33:23 34:4,16 36:3 42:11 48:20 54:14 55:12 55:24 58:12 66:16 72:13 85:3 90:24 106:16
**puts** 21:20
**putting** 19:5 31:21 63:8 103:10

| q |
| --- |
| **quantified** 19:17,22 20:1,8 |
| **quantify** 39:17 |
| **question** 12:6,11,18 12:19 19:19 23:24 24:9 35:1,13 37:11 37:13 43:6,6 68:10 69:7 91:19 93:6 |
| **questions** 15:20,21 15:23 31:19 53:20 67:9 90:19 101:19 101:23 102:19 107:1 108:12,15 |
| **quicker** 93:19 94:1 |
| **quite** 17:21 21:16 86:12 |
| **quote** 35:5,12 |

| r |
| --- |
| **r** 2:9 24:5 27:3 28:15 55:9 56:4 60:7 |
| **ran** 41:24 42:2 |
| **range** 42:4 |
| **rare** 17:19 |
| **rat** 103:13 |
| **reach** 26:5,6 |
| **reached** 17:14 26:7 92:13 |
| **read** 34:7,13 35:15 36:13,19,21 56:13 68:9 84:8 110:12 |
| **reading** 21:23 36:1 36:2,15 |
| **real** 37:10 76:24 |
| **realize** 30:17 102:9 |
| **realized** 75:11,24 |
| **really** 17:17 37:3 47:16,16 91:4 106:12 |
| **realm** 81:23 |
| **reams** 20:16 22:23 31:22 |

**reason** 12:11 38:1 42:17,23 43:2,7 78:7
**reasons** 78:8
**reassemble** 69:19
**recall** 18:7 35:18,21 38:8 42:20 43:2 44:14,16 45:22 46:7 46:9 47:4 49:12 50:14,20 52:11 57:7 57:9,10,15,17 58:2 58:3,7 59:10 66:21 68:3 79:19 81:18,21 82:1,3 91:2 92:1
**receipt** 31:19 35:11 38:10 49:21
**receipts** 49:24 50:7
**receive** 35:4,6,8 37:5 81:16 93:22
**received** 21:13 22:21 25:3,8,10,13 25:21 33:15,21 38:6
**receiving** 20:10 37:3 37:17 75:5
**recess** 53:12 90:11
**recited** 73:9
**recognize** 33:1,3 70:18,21 98:19,21
**recollection** 18:10 22:11 27:1 33:19 44:17 45:10 49:15 55:2 56:6 57:6,19 58:20 59:8,20 61:8 62:21 79:22 82:19 95:2
**record** 6:5 12:1,15 15:9 22:6,13 33:15 41:13,14 49:10 52:9 53:11,17 60:10 61:23 62:22 82:11 82:18 90:10,16,18 102:1 104:14 107:5 108:15
**recording** 96:23

**records** 37:23 40:12 42:13,18 44:18 49:17 57:2 76:18,21 90:1 99:18 100:24
**rectified** 74:6
**reduce** 83:24
**refer** 84:7
**referrals** 77:3
**referred** 108:17
**referring** 59:10
**reflect** 42:14
**reflects** 62:22
**refresh** 18:9 26:24 49:14 56:6 57:6 59:8,20 61:8 62:21 82:18
**refreshed** 58:20
**refreshes** 55:2
**refreshing** 44:17
**refund** 10:23 11:2
**refunded** 16:14
**regular** 43:4 44:24 88:12 92:8
**regularly** 17:6 51:11
**regulates** 16:6
**relationship** 40:12
**relays** 93:23
**remark** 35:19
**remember** 42:24 45:14,24 46:21 47:7 47:11 59:7 60:19 63:20 66:21 67:1,2 67:16 68:5 74:12 75:16 79:18
**remembering** 47:2
**remodel** 17:13
**remodeling** 8:18 13:5 16:18 66:15 87:1,20 88:11
**remove** 32:9
**remuneration** 24:19 25:4,5,22
**renovation** 17:1
**repairs** 48:3

**repeat** 77:3
**replace** 60:23
**replaced** 47:22,24 60:24
**replacement** 48:4
**reporter** 4:15 11:24 12:15 101:21,22 102:5 104:14
**represent** 4:14,19 4:22 26:11
**representative** 1:6 110:4
**represented** 25:24 26:3
**representing** 4:2
**represents** 42:6
**request** 23:9 35:9,11 37:5,16 101:5
**required** 39:2
**research** 50:3
**reserve** 107:2
**respect** 12:5 24:1 90:3
**response** 12:2 21:19 21:20 23:14 88:14
**responsible** 73:4
**rest** 69:17
**restate** 24:9
**retail** 66:24
**retention** 49:18
**review** 85:4 102:3
**rich** 39:8
**richards** 17:7
**ridge** 5:9 9:5,8 13:19 14:4,6 70:12 71:3,7
**right** 4:18 6:1 7:2 8:5 12:22 14:15 17:16 18:8 19:8 20:10,14 22:2,16 27:20 28:6,6,20 31:9 32:1,4,5,20,22 33:14 34:24 37:4,7 37:10,16,17 39:19 40:3,8 41:4 44:5,13

**[right - stack]**                                                                Page 13

45:6 48:2,19 51:23
52:5,14 53:7 54:15
54:22 55:19 57:19
61:19 62:7,13,15
65:5 71:1 74:2 76:5
83:19 88:2,16 93:18
95:19 96:8 102:3,13
102:15,23
**ring**  28:16 60:11
61:8 63:14
**road**  11:19 12:5
**roll**  48:17
**roof**  29:20
**roofing**  28:6
**room**  60:18
**rpr**  1:16 108:6
**rule**  11:19 51:4
108:20
**rules**  1:17 12:4
108:20
**run**  8:11

**s**

**s**  1:16 11:8,8 24:5
30:1 108:6
**sale**  87:18
**save**  90:1
**saving**  19:9 103:7
**saw**  23:15 34:21
**saying**  12:16 22:12
31:21 52:11 72:15
83:11,14 86:24
**says**  21:13 35:5 41:7
62:8 95:16
**scheduled**  5:11
**school**  7:11,13 44:4
**science**  7:17
**scratch**  56:16
**seal**  109:5
**second**  54:22 71:5
78:8 106:2
**secret**  55:11 81:1,2
81:3
**see**  5:16,24 6:2,19
14:5 17:3 19:15

20:8 21:23 24:18
26:5 32:11 33:24
34:15 38:22 39:14
40:2,5,10 41:19
44:21 46:16 47:19
48:7,16 50:11 55:1
55:5 59:13 60:4
61:15 62:5,10,17
64:23 70:7,9 71:11
73:21 74:9 75:16,20
76:19 81:14 82:17
82:22 83:9 84:10
90:5 92:19,23 93:20
94:16,16 97:22
99:21,23 100:5,19
103:23 105:6
**seen**  37:18
**sell**  17:21 83:23
**sells**  47:18
**send**  14:22,22 21:21
22:12 23:8 37:4
49:8 71:19,24 72:5
72:18,23 77:19 82:4
92:1,16 93:19 95:18
106:5
**sender**  23:6 93:7,8,8
**sending**  21:1 86:24
**sends**  98:23
**sense**  20:9 75:6 93:2
94:1 95:8
**sent**  33:7 40:11,17
41:1 42:2 46:12,13
63:23 89:6
**separate**  96:15
**september**  41:23
42:16 50:10,15 56:1
56:21 57:3 62:3,4
63:4,11
**sequentially**  53:24
**serial**  18:24 23:18
24:1,4,5,13
**series**  24:4 42:14
**serve**  84:4
**serves**  40:7

**services**  1:5 8:6,23
13:15 15:1 29:11
62:24 63:10 64:9
71:3,6 92:13 99:11
110:4
**set**  78:7 91:3 94:3,6
95:15,21 97:1 109:4
**setting**  19:12
**settled**  10:24 25:13
26:4
**setup**  91:20
**shelf**  32:5,10
**shop**  47:12
**short**  94:6
**shorthand**  108:12
**show**  18:8 31:10
50:10 57:2 75:8
87:17 101:23
**showed**  50:9 75:2
**showing**  40:12 56:1
**shows**  21:19
**sign**  14:21 51:21
77:21 101:20
**signature**  107:2
108:18
**significance**  39:17
**signs**  13:17 77:4,4
**silly**  19:21
**similarly**  1:6 32:11
110:5
**simple**  69:7
**simply**  24:4
**single**  38:10,22
**sit**  44:16 47:7 49:9
57:17 68:4 76:21
**site**  66:23
**sitting**  52:10 93:20
**situated**  1:6 110:5
**skills**  68:9
**sku**  54:20 55:5,10
56:23 57:22 59:1
60:3
**slow**  21:17
**small**  16:24 36:17

**smaller**  13:24 14:7
**smith**  2:3 4:22,22
6:4,17 21:2 23:23
26:1 31:13,14 38:12
40:11,17 41:1 42:5
53:4,5 54:6,10
68:16,21,24 69:13
88:1,20 90:7 98:6
98:10,12 107:1
**smith's**  26:11
**smoke**  102:10
**social**  85:7
**software**  29:5
**sole**  8:9,11
**somebody**  6:11
20:10,24 24:16
62:23 63:9 64:8
65:13 66:1,4 77:19
87:12 88:17
**someday**  103:15
**son**  43:16,23
**soon**  16:11
**sorry**  9:6 11:23 36:8
44:12 50:2 57:15
61:13
**sound**  64:12
**sounds**  54:10 90:7
**space**  32:4
**spark**  58:16
**speaking**  100:22
**special**  87:1
**specific**  49:11
**specifically**  44:15
62:4 81:21
**speculating**  65:3,4
**spending**  20:9
**spent**  38:24
**split**  10:12 59:16,22
**spot**  64:10
**spreads**  14:2
**spreadsheet**  41:6
**ss**  108:1
**stack**  20:15 33:9
39:1 98:9 104:4,12
104:16,19

**stacking** 104:1
**standard** 15:23
**start** 5:11 12:10
  18:20 20:17 44:1
  56:15 70:4,4 74:9
  101:1
**started** 6:3,12 19:5
  19:12 22:18 44:3
  74:20 75:5 104:1
**state** 16:7 35:1
  108:1
**statement** 23:21
  80:1 96:6
**states** 1:1,18 4:10
  108:21 110:1
**stay** 10:20
**stenographer**
  108:13
**sticking** 39:1
**stop** 21:1,9 82:12
**stopped** 22:19
**stopping** 34:7 81:11
**store** 45:24 62:24
  63:10 66:24 79:24
  80:2 99:17
**stores** 45:13 46:4
  79:6,11 80:4
**strawn** 1:19 2:8 4:6
  15:10
**street** 2:4 45:6 77:3
**strictly** 94:7
**strikes** 19:21
**study** 34:8
**stuff** 49:19 82:21
  86:17 91:14 97:18
  101:1 103:2
**subcontractor** 48:8
  48:9
**subcontractor's**
  48:10
**subcontractors**
  48:22 49:2
**subject** 50:3 82:19
**submission** 100:13

**submissions** 100:18
**submitted** 108:19
**submitting** 73:5
**subscribe** 110:15
**subscribed** 110:22
**substance** 68:19
**suburbs** 14:3
**suit** 104:19
**suite** 1:20 2:4,9
**summary** 41:14
  42:18 49:10 50:9,11
  50:23 51:1
**supplier** 79:5 80:17
**suppliers** 17:5,6,11
  51:9
**supplies** 17:10,15
  18:2 44:7 48:6
**supply** 17:8,8
**suppose** 81:6,6
**supposed** 14:1 74:16
  74:24
**sure** 10:16 11:7
  13:13 19:19 34:13
  42:6 48:24 53:22
  64:4 65:5 79:13,15
  80:2,10 82:16 85:12
  85:13 98:9 100:23
  101:3,9 102:12
**surmise** 63:16
**swear** 4:16
**swore** 6:22
**sworn** 5:2 108:10
  110:22
**systems** 28:23
**szymanski** 11:7

**t**

**t** 28:15,15
**table** 19:6 34:16
**take** 23:9 34:2 46:5
  53:3 54:1 58:8
  76:16,16,22 87:9
  90:4 103:14 106:6
  106:13

**taken** 1:16 23:7 31:1
  53:12 90:11 108:5
  108:12
**talk** 44:5 102:14
**talked** 61:4 67:7
  85:13
**talking** 12:12,14
  52:14 88:2 91:20
**tall** 104:20
**target** 14:4
**targets** 13:19
**tech** 7:18
**telephone** 9:20
  10:18 13:7 18:12,21
  19:1 23:19 24:11,13
  26:1,13,17 27:14,18
  28:2,10,18 29:1,7
  29:16,21 30:3,8,13
  31:2 100:14
**tell** 6:22 9:24 20:12
  25:16 39:20 42:10
  42:20 50:12 55:1
  56:11 67:21 74:19
  74:22 76:3,15,21
  83:21 89:4 96:13
**telling** 76:22 82:4
**tells** 63:9
**ten** 44:4
**tendering** 98:11
**terms** 69:10
**test** 30:18 57:19
**testified** 5:3
**testimony** 19:10
  82:3
**text** 36:15
**thank** 31:14 98:12
  102:16 106:23
**thanks** 12:22
**theirs** 17:17 44:24
**thick** 104:5
**thing** 12:9 20:14
  47:14,18 64:5 65:7
  65:12 96:18 103:6
  103:19

**things** 17:12 25:7
  35:20 43:12 46:12
  46:13 47:3 51:6
  57:14 65:8 81:23
  84:2 103:3,24
**think** 6:12 7:17 9:11
  10:8,15 13:16 16:8
  17:3 18:5,23 19:11
  25:11 26:19 27:17
  33:9 34:24 36:11,21
  41:24 45:7 46:18
  49:10 60:15 63:15
  63:22 64:5 66:3
  72:13,19,21 75:14
  80:22 82:15 85:18
  86:16 88:10,16
  90:22 91:6,18 94:18
  95:1,6 96:7,10,18
  97:17 98:8 103:5,6
  106:21
**thinking** 92:7
**third** 25:15 58:24
**thought** 39:15 106:2
**thousands** 50:7
  52:16 89:22,23
**three** 25:11 26:4
  45:11 80:14 86:16
  91:7,16 100:10
**threw** 34:21
**throw** 34:2 49:19,22
  103:14
**throwing** 34:11
**thrown** 103:22
**tie** 78:11
**time** 4:3,13 9:2 13:2
  19:5 20:4,4 37:9
  38:24 39:8 42:15
  43:3 46:21,23 49:19
  53:9,15 59:6 61:11
  63:17 71:7,17,18
  75:4 77:9 79:10,19
  80:14,14 86:17 90:8
  90:14 91:18 94:4,6
  95:5,9 96:11,21
  100:24 102:21

**[time - way]**                                                              Page 15

103:14 106:23
107:3 108:7,17
110:13
**times** 97:8
**tiny** 35:16
**tired** 19:3
**today** 4:3 5:11 6:3
6:22 44:17 47:7
57:17 60:20 68:4
76:21 82:1,3 101:20
102:17 106:23
**today's** 107:4
**told** 37:4 43:14
60:19 63:22 70:13
81:15 82:12 91:22
95:15 99:17 100:4
101:12
**tone** 93:5,18,21
94:13
**top** 12:12,14 60:3
**topic** 6:4
**toss** 32:19
**tossing** 101:1
**total** 24:6 39:5
**town** 45:7
**trade** 7:12 8:22
**trades** 29:12
**transaction** 47:8
50:10,13,14,20 56:2
56:20,22 57:2,24
59:3,17 60:8 62:2
62:22 63:5,6 64:6,8
101:8
**transactions** 41:6,14
42:14 49:12 52:10
52:15,16
**transcribe** 102:5
**transcript** 101:22
102:4 110:13,17
**transmittal** 40:17
**trial** 10:14
**trigger** 96:24
**trips** 97:18
**triton** 7:11,24 8:1,2

**trucks** 77:4
**true** 21:22 81:6
106:16 108:14
110:16
**trust** 97:15,20
**truth** 6:23,23,24
**try** 6:2 12:5,6,18
22:3 64:15 94:18
**trying** 42:9 45:7
52:12,19,20 62:20
64:1,3 72:8,18
74:17 88:7 92:7
103:17,20
**turn** 7:21 32:22 49:5
54:17 72:1 92:18,20
**turns** 93:11,13
**twitter** 85:11
**two** 5:15 7:12 14:10
19:11 20:19 21:5,7
46:18 55:24,24 63:8
63:8 70:14,24 73:8
78:8,10 80:13 103:7
104:17,18 106:11
**type** 17:3 23:9 47:18
56:9 101:7
**types** 17:10
**typically** 17:11
35:24 47:15 77:18

**u**

**u** 28:6
**u.s.a.** 30:1
**uh** 96:9
**ultimately** 52:1
73:13 100:20
**um** 11:18 16:16 36:5
44:10 87:19 96:2
**unclear** 68:12
**underneath** 19:6
32:4 104:3
**undersigned** 108:13
109:1
**understand** 6:21
19:19 36:23,24 37:1
69:8 72:21 73:12

88:6,8 103:20
104:11 105:21,22
**understood** 12:3
**undertaken** 39:16
**undo** 106:15,18
**unfair** 30:17
**unit** 9:4
**united** 1:1,18 4:9
108:21 110:1
**unlawful** 35:11
**unlisted** 81:4,7
**unsolicited** 105:7
**untrustworthy**
97:23
**unusual** 24:10
103:19
**unwanted** 77:10,12
105:18,20
**use** 9:3 13:14 14:18
14:20 39:23 48:22
48:24 49:2 51:11
72:6 78:10,14 82:23
82:24 85:7 86:9,19
**uses** 72:9
**usually** 21:12 49:6

**v**

**vacation** 91:7
**vague** 23:24
**value** 25:7
**variety** 99:22
**verbally** 78:22
**verify** 55:13
**veritext** 4:2,16
**version** 14:7
**versus** 4:9
**video** 104:13
**videographer** 2:18
4:1 53:9,15 90:8,14
107:3
**videotaped** 1:15
**vision** 36:6
**voicemail** 71:22
72:7 91:24 92:12
96:14,20 97:4

**vs** 1:8 26:22 27:2,10
27:23 28:6,14,23
29:5,11,20,24 30:7
30:12 110:7

**w**

**w** 4:9,9 22:10,10
**w.w.** 1:9 2:16 4:20
17:15 18:3 22:7,8
26:22 41:13 43:5
45:12 46:16 54:21
55:11 57:24 59:3,17
60:8 61:22 62:24
63:10 66:23 79:7,24
101:7 110:8
**wacker** 1:20 2:9 4:7
**wait** 12:6,10,17,18
93:24
**waiting** 6:2,10
**waived** 108:19
**wall** 55:8 56:3,9,17
60:6,13,16 61:6
**wallet** 90:23
**want** 12:12 25:13
26:24 34:13 35:4
45:1 48:21 66:14
69:21 71:23 72:5
73:15 77:21 78:23
80:3,6,9,15 81:8,16
83:23 85:6 87:12
90:6 91:24 92:10,16
95:16,18 100:23
102:12,14,23
103:14 105:6,8,13
105:24
**wanted** 19:15 50:4
67:8 72:17 86:8
97:8
**wants** 14:21
**washburne** 7:12
**water** 30:7
**way** 20:12 22:14
47:2 55:10,18 57:9
66:20 67:4 74:15
77:17,23 78:1,16,17

79:22 94:2 101:7 103:5
**ways** 78:13,20 80:8 85:19
**we've** 13:20 33:21 53:2 60:10 70:8,14 77:12 80:10 102:18
**wear** 35:24
**webpage** 91:1,3,5,15
**webpages** 91:12
**website** 45:16 55:11 56:12 91:8
**week** 10:20
**welcome** 26:24 27:5 106:24
**welder** 58:10
**welding** 57:23 58:3 58:11,13,21 66:20 67:15
**went** 7:11,12 10:23 31:6 33:8 44:19 45:4,23 55:15 79:7 79:24 96:19 100:10 104:2
**west** 1:20 2:9 4:7 5:8 64:22
**whatsoever** 22:15 33:20
**whereof** 109:4
**white** 73:18 77:7 82:20,24 83:2 94:10
**wife** 103:2
**wife's** 7:4
**winn** 1:16 4:15 108:6
**winston** 1:19 2:8 4:6 15:10
**winston.com** 2:11
**winter** 87:18,19
**wish** 35:6,8
**witness** 3:3 4:12,16 53:7 102:3 106:24 107:6 108:5,10,16 108:18 109:4

**wondering** 67:23 68:1
**woodland** 30:12
**word** 11:20 20:21 24:1 58:8
**words** 26:13 35:5 38:16 49:16 54:21 56:23 68:14 86:12 89:14
**work** 4:23 8:19 16:15 48:21,22 51:18 81:5
**working** 5:18 6:6 44:1,3 77:19
**works** 48:17 49:5 83:21 92:4
**worse** 104:22
**worth** 20:16
**write** 68:9
**writing** 56:14 101:23
**written** 37:10 82:11 82:18
**wrong** 56:18 64:17 64:20 73:22 74:5,10 74:20 82:2 102:10
**wwgrainger.com** 45:19

**x**

**x** 3:1

**y**

**y** 11:8
**yard** 77:4
**yeah** 14:7 20:22 24:10 32:6 47:1 48:5,16,20 57:11 58:6,16,22 60:22 64:11 73:17 76:20 76:24 77:24 81:23 83:9 84:12 86:5 87:16,22 88:3,13,21 89:2 90:2 91:15,17 94:5 98:8 99:3 103:12 104:9

105:16 106:3,20
**year** 59:18 72:14 74:12,13,22 75:12 75:13,14,16 76:3 84:10,18,22,24 85:4 94:11 99:24 100:2,5 100:6 102:10 106:10
**years** 7:12,13 8:21 9:11 10:7 13:20 14:8 15:8,10,17 16:17 18:5 19:10,11 20:19 21:6,7 44:4 44:23 45:11 46:19 46:22,23,24 47:10 48:1 49:23 52:15,18 57:11 63:18 64:24 76:11 84:17,21 85:1 86:17 91:7,16 92:12 94:5 95:5,7 99:18 100:10 101:13 103:7,11 105:4
**yellow** 13:9,10 14:5 41:2 69:22 70:7,8 70:10,15,22 73:3,8 82:21,24 84:19
**yelp** 85:11,16,18,20

**z**

**z** 11:8