

Monthly Specials

**Limited Time Offer! Ends 12/31/09**

# $25 off*
## your next order of $100 or more

### Choose from any category, including:

- Motors & Power Trans
- Janitorial & Painting
- Pumps & Plumbing
- Material Handling
- Hand Tools
- Lighting
- Safety
- HVAC/R
- And More!

**CALL TODAY**

**Offer only valid when calling**
# 1-877-877-6410
From 7 a.m. - 6 p.m. CT, M-F and mention code **M-S245**

* Offer valid for the intended recipient of this fax and is not transferable. Offer valid on products ordered from December 1, 2009 to December 31, 2009 and only when placing an order by phone at 1-877-877-6410. $25 off applies to your next order of $100 or more at the Grainger catalog each price on products advertised in the Grainger catalog or shown on Grainger.com® only, and does not apply to tax and freight, special or custom products, or Grainger TripleGuard® repair & replacement coverage. The $100 minimum purchase requirement excludes select items from the following categories: Electrical wire and cable, conduit, building wire, copper pipe and tubing, raw materials (blanks, flats, bars, plates, sheet stock, rod stock), A/C refrigerant line sets, refrigerants, ice melt, power tools, generators, test equipment and gauges. For a list of specific skus excluded, call 1-877-877-6410. Offer cannot be combined with any other promotions or price discounts. All sales are subject to Grainger's current Sales and Terms & Conditions available in Grainger's general catalog and on Grainger.com which are incorporated herein by reference.

If you do not wish to receive faxes from Grainger, please call 1-888-739-4920 extension 1732 and enter the fax number(s) to which you no longer wish to receive correspondence, or fax your request to 1-866-404-3933. Our failure to comply with your request within 30 days of receipt is unlawful.

©2009 W.W. Grainger, Inc. M-P822-B